# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.<br>Case No. 18-op-45090 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANT RITE AID OF MARYLAND, INC.'S ANSWER

Defendant Rite Aid of Maryland, Inc. d/b/a Mid-Atlantic Customer Support Center ("Rite Aid"), by and through counsel, hereby answers Plaintiffs Summit County, Ohio *et al.*'s[1] ("Plaintiffs") Corrected Second Amended Complaint in accordance with the numbered paragraphs thereof.

## GENERAL DENIAL

Rite Aid denies all allegations contained in the table of contents, headings, titles, or footnotes of the Corrected Second Amended Complaint.

## ANSWER TO THE SPECIFIC ALLEGATIONS CONTAINED IN COMPLAINT

1.      Denied as stated. It is admitted only that Plaintiffs bring this action against the parties named in Paragraph No. 1.[2]  Rite Aid denies all other allegations in Paragraph No. 1.

---

[1] The Plaintiffs remaining in this action at this time are the County of Summit and the City of Akron, and, for purposes of the statutory public nuisance claim, the State of Ohio by and through the chief legal officers of municipalities located in Ohio, as set forth more fully in that claim for relief.

[2] Plaintiffs voluntarily dismissed Rite Aid Corporation as a defendant in this case on June 13, 2018 (Dkt. No. 625).

Insofar as the remaining allegations in Paragraph No. 1 pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

2. Denied as stated. Rite Aid admits only that there currently is a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or over-prescription of opioids. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 2 and therefore denies the allegations.

3. Rite Aid denies the allegations contained in Paragraph No. 3. To the extent paragraph 3 is directed to the conduct of other defendants Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 3 and therefore denies the allegations.

4. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 4 and therefore denies the allegations.

5. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 5 and therefore denies the allegations.

6. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 6 and therefore denies the allegations.

7. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 7 and therefore denies the allegations.

8. Rite Aid admits only that on October 27, 2017 the President declared the opioid epidemic a national emergency. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 8 and therefore denies the allegations.

9.      The allegations of Paragraph No. 9 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies the allegations.  To the extent Paragraph No. 9 is directed to the conduct of other defendants Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 9 and therefore denies the allegations.

10.     Rite Aid denies all allegations in Paragraph No. 10, including that it ever manufactured or marketed opioids or that its conduct contributed in any way to the opioid epidemic. To the extent Paragraph No. 10 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 10 and therefore denies the allegations.

11.     Rite Aid denies all allegations in Paragraph No. 11, including that it ever manufactured or marketed opioids or that its conduct contributed in any way to the opioid epidemic.  To the extent Paragraph No. 11 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 11 and therefore denies the allegations.

12.     Rite Aid denies all allegations in Paragraph No. 12, including that it ever manufactured or marketed opioids or that its conduct contributed in any way to the opioid epidemic.  To the extent Paragraph No. 12 is directed to conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 12 and therefore denies the allegations.

13.     Rite Aid denies all allegations in Paragraph No. 13, including that it ever manufactured or marketed opioids or that its conduct contributed in any way to the opioid epidemic.  To the extent Paragraph No. 13 is directed to the conduct of other defendants, Rite Aid

lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 13 and therefore denies the allegations.

14.     Rite Aid denies all allegations in Paragraph No. 14, including that it ever manufactured or marketed opioids or that its conduct contributed in any way to the opioid epidemic.  To the extent Paragraph No. 14 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 14 and therefore denies the allegations.

15.     Rite Aid denies all allegations in Paragraph No. 15, including that it ever manufactured or marketed opioids or that its conduct contributed in any way to the opioid epidemic.  To the extent Paragraph No. 15 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 15 and therefore denies the allegations.

16.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 16 and therefore denies the allegations.

17.     Rite Aid denies the allegations in Paragraph No. 17, including that its conduct contributed in any way to the opioid epidemic.  To the extent Paragraph No. 17 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 17 and therefore denies the allegations.

18.     Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  Rite Aid denies the remaining allegations in Paragraph No. 18.  To the extent Paragraph No. 18 is directed to the conduct of other defendants, Rite Aid lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 18 and therefore denies the allegations.

19.     Rite Aid denies all allegations in Paragraph No. 19, including that it ever manufactured or marketed opioids or that its conduct contributed in any way to the opioid epidemic.  To the extent Plaintiffs rely on the written statements of representatives of the CDC such statements are in writing and any interpretation or characterization thereof is denied.  To the extent Paragraph No. 19 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 19 and therefore denies the allegations.

20.     Rite Aid denies the allegations in Paragraph No. 20, including that it ever manufactured, promoted or marketed opioids and denies any liability for the opioids epidemic or for the alleged misuse, abuse or overprescription of opioids. To the extent Paragraph No. 20 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 20 and therefore denies the allegations.

21.     The allegations of Paragraph No. 21 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent Paragraph No. 21 is directed to the conduct of other defendants Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 21 and therefore denies the allegations.

22.     Rite Aid denies the allegations in Paragraph No. 22.  To the extent Paragraph No. 22 is directed to the conduct of other defendants Rite Aid lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 22 and therefore denies the allegations.

23.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 23 and therefore denies the allegations.

24.     Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic and Plaintiffs bring this suit to address that epidemic but Rite Aid denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  The remaining allegations of Paragraph No. 24 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent Paragraph No. 24 is directed to the conduct of other defendants Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 24 and therefore denies the allegations.

## JURISDICTION AND VENUE

25.     The allegations of Paragraph No. 25 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies the allegations.

26.     The allegations of Paragraph No. 26 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies the allegations.

27.     The allegations of Paragraph No. 27 are conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is required, Rite Aid denies the allegations.

## PARTIES

28.     Denied as stated.  Rite Aid admits only that the County of Summit is a county organized under the laws of the State of Ohio, is listed in the case caption and purports to bring

the claims identified in the complaint.  Rite Aid denies that the County of Summit, Ohio is a proper plaintiff in this action.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 28 and therefore denies the allegations.

29.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 29 concerns an entity that is no longer a party, no response is required. To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 29 and therefore denies the allegations.

30.     Denied as stated.  Rite Aid admits only that the City of Akron is organized under the laws of the State of Ohio, is listed in the case caption as a party plaintiff and purports to bring the claims identified in the complaint.  Rite Aid denies that the City of Akron is a proper plaintiff in this action.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 30 and therefore denies the allegations.

31.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 31 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 31 and therefore denies the allegations.

32.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 32 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 32 and therefore denies the allegations.

33.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 33 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 33 and therefore denies the allegations.

34.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 34 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 34 and therefore denies the allegations.

35.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 35 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 35 and therefore denies the allegations.

36.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 36 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 36 and therefore denies the allegations.

37.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 37 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge

or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 37 and therefore denies the allegations.

38.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 38 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 38 and therefore denies the allegations.

39.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 39 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 39 and therefore denies the allegations.

40.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 40 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 40 and therefore denies the allegations.

41.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 41 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 41 and therefore denies the allegations.

42.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 42 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 42 and therefore denies the allegations.

43.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 43 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 43 and therefore denies the allegations.

44.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 44 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 44 and therefore denies the allegations.

45.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 45 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 45 and therefore denies the allegations.

46.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 46 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge

or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 46 and therefore denies the allegations.

47.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 47 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 47 and therefore denies the allegations.

48.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 48 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 48 and therefore denies the allegations.

49.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 49 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 49 and therefore denies the allegations.

50.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 50 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 50 and therefore denies the allegations.

51.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 51 and therefore denies the allegations.

52.     The referenced entity was dismissed as a plaintiff from this action by court order on May 31, 2018.  Because Paragraph No. 52 concerns an entity that is no longer a party, no response is required.  To the extent a response is deemed to be required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 52 and therefore denies the allegations.

53.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 53 and therefore denies the allegations.

54.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 54 and therefore denies the allegations.

55.     Rite Aid denies that any entities other than the County of Summit and the City of Akron, and, for purposes of the statutory public nuisance claim, the State of Ohio by and through the chief legal officers of municipalities located in Ohio, as set forth more fully in that claim for relief, are Plaintiffs to this action.  Paragraph No. 55 contains only a recitation of the shorthand terms that Plaintiffs define for their own use elsewhere in their Complaint to characterize and group together various plaintiffs.  To the extent Paragraph No. 55 is deemed to contain any additional allegations that require a response, Rite Aid denies such allegations.

56.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 56 and therefore denies the allegations.  Rite Aid denies that these parties are proper plaintiffs in this action.

57.     Denied as stated.  Rite Aid admits only that Summit County declared a state of emergency as a result of the opioid epidemic but denies any liability for that epidemic or for the

alleged misuse, abuse or overprescription of opioids.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 57 and therefore denies the allegations.

58.     The allegations of Paragraph No. 58 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent Paragraph No. 58 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 58 and therefore denies the allegations.

59.     The allegations of Paragraph No. 59 are conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is required, Rite Aid denies the allegations.  To the extent Paragraph No. 59 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 59 and therefore denies the allegations.

60.     Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  The remaining allegations of Paragraph No. 60 are conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is required, Rite Aid denies the allegations.  To the extent Paragraph No. 60 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 60 and therefore denies the allegations.

61.     Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  The remaining allegations of Paragraph No. 61 are conclusions of

law to which no response is required and they are, therefore, denied. To the extent a response is required, Rite Aid denies the allegations. To the extent Paragraph No. 61 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 61 and therefore denies the allegations.

62.     The allegations of Paragraph No. 62 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies the allegations.

63.     Rite Aid denies all allegations in Paragraph No. 63 as it never manufactured nor marketed opioids. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 63 and therefore denies the allegations.

64.     The allegations of Paragraph No. 64 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 64 and therefore denies the allegations. To the extent the allegations are directed to Rite Aid it denies the same.

65.     The allegations of Paragraph No. 65 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 65 and therefore denies the allegations.

66.     The allegations of Paragraph No. 66 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 66 and therefore denies the allegations.

67.     The allegations of Paragraph No. 67 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 67 and therefore denies the allegations.

68.     The allegations of Paragraph No. 68 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 68 and therefore denies the allegations.

69.     The allegations of Paragraph No. 69 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 69 and therefore denies the allegations.

70.     The allegations of Paragraph No. 70 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 70 and therefore denies the allegations.

71.     The allegations of Paragraph No. 71 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 71 and therefore denies the allegations.

72.     The allegations of Paragraph No. 72 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 72 and therefore denies the allegations.

73.     Plaintiffs have deleted the allegations in Paragraph No. 73 and, as a result, no response is required.  To the extent the allegations in Paragraph No. 73 have not been deleted then they are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 73, and therefore denies the allegations.

74.     The allegations of Paragraph No. 74 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 74 and therefore denies the allegations.

75.     The allegations of Paragraph No. 75 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 75 and therefore denies the allegations.

76.     The allegations of Paragraph No. 76 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 76 and therefore denies the allegations.

77.     The allegations of Paragraph No. 77 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 77 and therefore denies the allegations.

78.     The allegations of Paragraph No. 78 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 78 and therefore denies the allegations.

79.     The allegations of Paragraph No. 79 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 79 and therefore denies the allegations.

80.     The allegations of Paragraph No. 80 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 80 and therefore denies the allegations.

81.     The allegations of Paragraph No. 81 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 81 and therefore denies the allegations.

82.     The allegations of Paragraph No. 82 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 82 and therefore denies the allegations.

83.     The allegations of Paragraph No. 83 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 83 and therefore denies the allegations.

84.     The allegations of Paragraph No. 84 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 84 and therefore denies the allegations.

85.     The allegations of Paragraph No. 85 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 85 and therefore denies the allegations.

86.     The allegations of Paragraph No. 86 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 86 and therefore denies the allegations.

87.     The allegations of Paragraph No. 87 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 87 and therefore denies the allegations.

88.     The allegations of Paragraph No. 88 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 88 and therefore denies the allegations.

89.     The allegations of Paragraph No. 89 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 89 and therefore denies the allegations.

90.     The allegations of Paragraph No. 90 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 90 and therefore denies the allegations.

91.     The allegations of Paragraph No. 91 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 91 and therefore denies the allegations.

92.     The allegations of Paragraph No. 92 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 92 and therefore denies the allegations.

93.     The allegations of Paragraph No. 93 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 93 and therefore denies the allegations.

94.     The allegations of Paragraph No. 94 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 94 and therefore denies the allegations.

95.     The allegations of Paragraph No. 95 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 95 and therefore denies the allegations.

96.     The allegations of Paragraph No. 96 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 96 and therefore denies the allegations.

97.     The allegations of Paragraph No. 97 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 97 and therefore denies the allegations.

98.     The allegations of Paragraph No. 98 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 98 and therefore denies the allegations.

99.     The allegations of Paragraph No. 99 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 99 and therefore denies the allegations.

100.    The allegations of Paragraph No. 100 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 100 and therefore denies the allegations.

101.    The allegations of Paragraph No. 101 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 101 and therefore denies the allegations.

102.    The allegations of Paragraph No. 102 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 102 and therefore denies the allegations.

103.     The allegations of Paragraph No. 103 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 103 and therefore denies the allegations.

104.     The allegations of Paragraph No. 104 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 104 and therefore denies the allegations.

105.     The allegations of Paragraph No. 105 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 105 and therefore denies the allegations.

106.     The allegations of Paragraph No. 106 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 106 and therefore denies the allegations.

107.     Denied in part.  It is admitted only that Plaintiffs purport to identify and define those defendants whom they consider to be "Distributor Defendants." The allegations of Paragraph No. 107 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies all the allegations in Paragraph No. 107.  To the extent Paragraph No. 107 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 107 and therefore denies the allegations.

108.     The allegations of Paragraph No. 108 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 108 and therefore denies the allegations.

109.    The allegations of Paragraph No. 109 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 109 and therefore denies the allegations.

110.    The allegations of Paragraph No. 110 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 110 and therefore denies the allegations.

111.    The allegations of Paragraph No. 111 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 111 and therefore denies the allegations.

112.    The allegations of Paragraph No. 112 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 112 and therefore denies the allegations.

113.    The allegations of Paragraph No. 113 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 113 and therefore denies the allegations.

114.    The allegations of Paragraph No. 114 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 114 and therefore denies the allegations.

115.    The allegations of Paragraph No. 115 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 115 and therefore denies the allegations.

116.    The allegations of Paragraph No. 116 are directed to other Defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 116 and therefore denies the allegations.

117.    The allegations of Paragraph No. 117 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 117 and therefore denies the allegations.

118.    The allegations of Paragraph No. 118 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 118 and therefore denies the allegations.

119.    The allegations of Paragraph No. 119 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 119 and therefore denies the allegations.

120.    Denied as stated.  It is admitted only that McKesson Corporation is a distributor of pharmaceutical drugs.  The remaining allegations of Paragraph No. 120 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 120 and therefore denies the allegations.

121.    The allegations of Paragraph No. 121 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 121 and therefore denies the allegations.

122.    The allegations of Paragraph No. 122 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 122 and therefore denies the allegations.

123.    The allegations of Paragraph No. 123 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 123 and therefore denies the allegations.

124.    Denied as stated.  Rite Aid admits that it is a Maryland corporation and its principal place of business is located in Camp Hill, Pennsylvania.  Rite Aid further admits that it distributed Schedule III opioid products only to certain Rite Aid pharmacies in Ohio, including Summit County, and in certain other states.  Rite Aid specifically denies that it distributed any Schedule II opioids.  Rite Aid denies any remaining allegations against it in Paragraph No. 124.  To the extent this paragraph pertains to Rite Aid Corporation, Rite Aid Corporation is no longer a defendant in this action.

125.    The allegations of Paragraph No. 125 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 125 and therefore denies the allegations.

126.    The allegations of Paragraph No. 126 are directed to other defendants and, as such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 126 and therefore denies the allegations.

127.    It is admitted only that Plaintiffs refer to Rite Aid as a "National Retail Pharmacy" in their Complaint.  Insofar as the remaining allegations in Paragraph No. 127 pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.  Rite Aid also denies the allegations in Paragraph No. 127 to the extent they impute the behavior of other defendants to Rite Aid.

128.    Rite Aid denies the allegations contained in Paragraph No. 128.  Insofar as the remaining allegations in Paragraph No. 128 pertain to other defendants, Rite Aid lacks knowledge

and information sufficient to form a belief as to the truth of the allegations and therefore denies them.  Rite Aid also denies the allegations in Paragraph No. 128 to the extent they impute the behavior of other defendants to Rite Aid.

129.    The allegations of Paragraph No. 129 are conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is required, Rite Aid denies the allegations.  To the extent Paragraph No. 129 is directed to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 129 and therefore denies the allegations.

## FACTUAL ALLEGATIONS

130.    Denied as stated. Rite Aid admits only that the term opioid refers to a class of drugs that medical professionals may prescribe to treat pain.  Rite Aid further avers that it never distributed any Schedule II controlled substances, such as Oxycodone, and it distributed hydrocodone combination products only when they were classified as Schedule III controlled substances before October 2014.  Rite Aid denies the remaining allegations in Paragraph No. 130.

131.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 131 and therefore denies the allegations.

132.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 132 and therefore denies the allegations.

133.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 133 and therefore denies the allegations.

134.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 134 and therefore denies the allegations.

135.    It is admitted only that the U.S. Drug Enforcement Administration ("DEA") regulates Schedule II controlled substances.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 135 and therefore denies the allegations.

136.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 136 and therefore denies the allegations.

137.    Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 137 and therefore denies the allegations.

138.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 138 and therefore denies the allegations.

139.    It is admitted only that different opioids provide varying levels of morphine milligram equivalents.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 139 and therefore denies the allegations.

140.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 140 and therefore denies the allegations.  To the extent Paragraph No. 140 is directed to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 140 and therefore denies the allegations.

141.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 141 and therefore denies the allegations.

142.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 142 and therefore denies the allegations.

143.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 143 and therefore denies the allegations.

144.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 144 and therefore denies the allegations.

145.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 145 and therefore denies the allegations.

146.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 146 and therefore denies the allegations.

147.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 147 and therefore denies the allegations.

148.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 148 and therefore denies the allegations.

149.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 149 and therefore denies the allegations.

150.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 150 and therefore denies the allegations.

151.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 151 and therefore denies the allegations.

152.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 152 and therefore denies the allegations.

153.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 153 and therefore denies the allegations.

154.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 154 and therefore denies the allegations.

155.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 155 and therefore denies the allegations.

156.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 156 and therefore denies the allegations.

157.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 157 and therefore denies the allegations.

158.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 158 and therefore denies the allegations.

159.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 159 and therefore denies the allegations.

160.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 160 and therefore denies the allegations.

161.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 161 and therefore denies the allegations.

162.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 162 and therefore denies the allegations.

163.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 163 and therefore denies the allegations.

164.    Rite Aid denies all allegations of Paragraph No. 164.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 164 and therefore denies the allegations.

165.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 165 and therefore denies the allegations.

166.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 166 and therefore denies the allegations.

167.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 167 and therefore denies the allegations.

168.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 168 and therefore denies the allegations.

169.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 169 and therefore denies the allegations.

170.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 170 and therefore denies the allegations.

171.    The allegations of Paragraph No. 171 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent Paragraph No. 171 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 171 and therefore denies the allegations.

172.    Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The remaining allegations of Paragraph No. 172 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 172 and therefore denies the allegations.

173.    The allegations of Paragraph No. 173 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture

or market opioids. To the extent Paragraph No. 173 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 173 and therefore denies the allegations.

174.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 174.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 174 and therefore denies the allegations.

175.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 175.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 175 and therefore denies the allegations.

176.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 176.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 176 and therefore denies the allegations.

177.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint, nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 177.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 177 and therefore denies the allegations.

178.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 178.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 178 and therefore denies the allegations.

179.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 179.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 179 and therefore denies the allegations.

180.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 180.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 180 and therefore denies the allegations.

181.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 181.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 181 and therefore denies the allegations.

182.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 182 and therefore denies the allegations.

183.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 183.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 183 and therefore denies the allegations.

184.   Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 184 and therefore denies the allegations.

185.   Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 185 and therefore denies the allegations.

186.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint, nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 186.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 186 and therefore denies the allegations.

187.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 187.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 187 and therefore denies the allegations.

188.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 188.  To the extent these allegations pertain to other defendants, Rite Aid lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 188 and therefore denies the allegations.

189.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 189 and therefore denies the allegations.

190.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 190 and therefore denies the allegations.

191.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. Rite Aid denies all allegations of Paragraph No. 191. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 191 and therefore denies the allegations.

192.    The allegations in Paragraph No. 192 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 192 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

193.    The allegations in Paragraph No. 193 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 193 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

194.    The allegations in Paragraph No. 194 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 194 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

195.     The allegations in Paragraph No. 195 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 195 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

196.     The allegations in Paragraph No. 196 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 196 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

197.     The allegations in Paragraph No. 197 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 197 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

198.     The allegations in Paragraph No. 198 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 198 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

199.     The allegations in Paragraph No. 199 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 199 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

200.     The allegations in Paragraph No. 200 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

Paragraph No. 200 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

201.    The allegations in Paragraph No. 201 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 201 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

202.    The allegations in Paragraph No. 202 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 202 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

203.    The allegations in Paragraph No. 203 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 203 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

204.    The allegations in Paragraph No. 204 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 204 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

205.    The allegations in Paragraph No. 205 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 205 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

206.     The allegations in Paragraph No. 206 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 206 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

207.     The allegations in Paragraph No. 207 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 207 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

208.     The allegations in Paragraph No. 208 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 208 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

209.     The allegations in Paragraph No. 209 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 209 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

210.     The allegations in Paragraph No. 210 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 210 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

211.     The allegations in Paragraph No. 211 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

Paragraph No. 211 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

212.    The allegations in Paragraph No. 212 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 212 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

213.    The allegations in Paragraph No. 213 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 213 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

214.    The allegations in Paragraph No. 214 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 214 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

215.    The allegations in Paragraph No. 215 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 215 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

216.    The allegations in Paragraph No. 216 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 216 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

217.    The allegations in Paragraph No. 217 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 217 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

218.    The allegations in Paragraph No. 218 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 218 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

219.    The allegations in Paragraph No. 219 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 219 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

220.    The allegations in Paragraph No. 220 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 220 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

221.    The allegations in Paragraph No. 221 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 221 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

222.    The allegations in Paragraph No. 222 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

Paragraph No. 222 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

223.    The allegations in Paragraph No. 223 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 223 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

224.    The allegations in Paragraph No. 224 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 224 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

225.    The allegations in Paragraph No. 225 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 225 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

226.    The allegations in Paragraph No. 226 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 226 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

227.    The allegations in Paragraph No. 227 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 227 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

228.    The allegations in Paragraph No. 228 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 228 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

229.    The allegations in Paragraph No. 229 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 229 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

230.    The allegations in Paragraph No. 230 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 230 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

231.    The allegations in Paragraph No. 231 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 231 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

232.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 232.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 232 and therefore denies the allegations.

233.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of

Paragraph No. 233.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 233 and therefore denies the allegations.

234.   The allegations in Paragraph No. 234 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 234 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

235.   The allegations in Paragraph No. 235 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 235 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

236.   The allegations in Paragraph No. 236 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 236 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

237.   The allegations in Paragraph No. 237 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 237 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

238.   The allegations in Paragraph No. 238 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 238 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

239.    The allegations in Paragraph No. 239 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 239 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

240.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 240.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 240 and therefore denies the allegations.

241.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint, nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 241.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 241 and therefore denies the allegations.

242.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid denies all allegations of Paragraph No. 242.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 242 and therefore denies the allegations.

243.    The allegations in Paragraph No. 243 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 243 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

244.    The allegations in Paragraph No. 244 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 244 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

245.    The allegations in Paragraph No. 245 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 245 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

246.    The allegations in Paragraph No. 246 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 246 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

247.    The allegations in Paragraph No. 247 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 247 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

248.    The allegations in Paragraph No. 248 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 248 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

249.    The allegations in Paragraph No. 249 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

Paragraph No. 249 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

250.    The allegations in Paragraph No. 250 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 250 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

251.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 251 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 251 and therefore denies the allegations.  To the extent Paragraph No. 251 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 251 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

252.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 252 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 252 and therefore denies the allegations. To the extent this Paragraph No. 252 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

253.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 253 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 253 and therefore denies the allegations.  To the extent Paragraph No. 253 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

254.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 254 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 254 and therefore denies the allegations.  To the extent Paragraph No. 254 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

255.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 255 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 255 and therefore denies the allegations. To the extent Paragraph No. 255 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

256.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 256 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 256 and therefore denies the allegations.  To the extent Paragraph No. 256 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

257.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No.

257 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 257 and therefore denies the allegations.  To the extent Paragraph No. 257 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

258.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 258 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 258 and therefore denies the allegations.  To the extent Paragraph No. 258 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 258 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

259.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 259 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 259 and therefore denies the allegations.  To the extent Paragraph No. 259 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 259 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

260.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 260 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 260 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

261.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 261 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 261 and therefore denies the allegations.  To the extent Paragraph No. 261 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 261 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

262.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 262 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 262 and therefore denies the allegations.  To the extent Paragraph No. 262 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 262 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

263.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 263 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 263 and therefore denies the

allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 263 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

264.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 264 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 264 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

265.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 265 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 265 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

266.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 266 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 266 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

267.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 267 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 267 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

268.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 268 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 268 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

269.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 269 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 269 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

270.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 270 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 270 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite

Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 270 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

271.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 271 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 271 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 271 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

272.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in allegations in Paragraph No. 272 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 272 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in allegations in Paragraph No. 272 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

273.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 273 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 273 and therefore denies the

allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in allegations in Paragraph No. 273 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

274.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 274 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 274 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 274 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

275.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 275 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 275 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 275 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

276.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 276 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 276 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 276 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

277.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 277 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 277 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 277 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

278.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 278 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 278 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 278 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

279.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No.

279 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 279 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

280.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 280 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 280 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 280 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

281.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 281 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 281 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 281 because they refer to documents that speak for themselves and Plaintiffs' attempt to characterize their terms is denied.

282.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 282 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 282 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 282 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

283.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 283 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 283 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 283 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

284.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 284 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 284 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 284 because they refer to documents that speak for themselves and Plaintiffs' attempt to characterize their terms is denied.

285.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No.

285 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 285 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

286.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 286 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 286 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 286 because they refer to documents that speak for themselves and Plaintiffs' attempt to characterize their terms is denied.

287.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 287 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 287 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 287 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

288.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 288 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 288 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 288 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

289.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 289 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 289 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 289 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

290.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 290 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 290 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 290 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

291.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No.

291 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 291 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 291 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

292.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 292 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 292 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 292 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

293.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 293 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 293 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

294.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 294 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 294 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

295.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 295 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 295 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

296.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 296 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 296 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 296 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

297.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 297 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 297 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

298.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 298 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 298 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

299.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 299 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 299 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 299 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

300.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 300 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 300 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 300 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

301.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 301 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 301 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 301 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

302.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 302 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 302 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 302 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

303.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 303 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 303 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 303 because

they refer to documents that speak for themselves and Plaintiffs' attempt to characterize its terms is denied.

304.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 304 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 304 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 304 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

305.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 305 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 305 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 305 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

306.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 306 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 306 and therefore denies the

allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

307.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 307 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 307 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

308.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 308 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 308 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

309.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 309 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 309 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

310.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 310 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 310 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

311.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 311 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 311 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

312.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 312 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 312 and subsections (a) through (e) and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

313.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 313 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 313 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

314.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No.

314 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 314 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

315.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 315 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 315 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

316.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 316 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 316 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

317.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 317 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 317 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 317 because

they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

318.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 318 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 318 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

319.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 319 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 319 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

320.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 320 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 320 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 320 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

321.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 321 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 321 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

322.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 322 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 322 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

323.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 323 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 323 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

324.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 324 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 324 and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

325.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 325 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 325 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

326.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 326 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 326 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 326 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

327.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 327 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 327 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 327 because

they refer to documents that speak for themselves and Plaintiffs' attempt to characterize their terms is denied.

328.     Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 328 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 328 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 328 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

329.     Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 329 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 329 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

330.     Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 330 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 330 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

331.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 331 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 331 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 331 because they refer to documents that speak for themselves and Plaintiffs' attempt to characterize their terms is denied.

332.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 332 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 332 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 332 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

333.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 333 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 333 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 333 because

they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

334.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 334 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 334 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

335.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 335 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 335 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 335 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

336.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 336 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 336 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

337.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 337 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 337 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

338.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 338 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 338 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

339.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 339 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 339 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

340.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 340 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 340 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite

Aid denies such allegations. Rite Aid further denies the allegations in Paragraph No. 340 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

341.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint. Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 341 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 341 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations. Rite Aid further denies the allegations in Paragraph No. 341 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

342.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint. Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 342 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 342 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations. Rite Aid further denies the allegations in Paragraph No. 342 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

343.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint. Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 343 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 343 and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

344.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 344 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 344 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

345.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 345 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 345 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 345 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

346.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 346 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 346 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 346 because

they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

347.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 347 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 347 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 347 because they refer to documents that speak for themselves and Plaintiffs' attempt to characterize their terms is denied.

348.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 348 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 348 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

349.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 349 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 349 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

350.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 350 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 350 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

351.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 351 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 351 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

352.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 352 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 352 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 352 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

353.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 353 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 353 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 353 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

354.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 354 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 354 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 354 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

355.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 355 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 355 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 355 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

356.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No.

356 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 356 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

357.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 357 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 357 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

358.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 358 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 358 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 358 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

359.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 359 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 359 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite

Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 359 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

360.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 360 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 360 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

361.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 361 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 361 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

362.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 362 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 362 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 362 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

363.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 363 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 363 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

364.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 364 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 364 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

365.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 365 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 365 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 365 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

366.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 366 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 366 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

367.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 367 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 367 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 367 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

368.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 368 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 368 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

369.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 369 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 369 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

370.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 370 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 370 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

371.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 371 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 371 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

372.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 372 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 372 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

373.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 373 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 373 and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

374.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint. Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 374 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 374 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations. Rite Aid further denies the allegations in Paragraph No. 374 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

375.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint. Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 375 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 375 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

376.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint. Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 376 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 376 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

377.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 377 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 377 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

378.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 378 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 378 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

379.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 379 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 379 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 379 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

380.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 380 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 380 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 380 because they refer to documents that speak for themselves and Plaintiffs' attempt to characterize their terms is denied.

381.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 381 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 381 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 381 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

382.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 382 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 382 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

383.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 383 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 383 and therefore denies the

allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 383 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

384.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 384 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 384 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 384 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

385.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 385 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 385 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 385 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

386.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 386 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 386 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 386 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

387.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 387 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 387 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 387 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

388.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 388 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 388 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 388 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

389.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No.

389 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 389 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

390.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 390 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 390 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 390 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

391.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 391 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 391 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

392.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 392 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 392 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite

Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 392 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

393.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 393 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 393 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 393 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

394.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 394 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 394 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

395.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 395 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 395 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

396.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 396 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 396 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

397.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 397 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 397 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

398.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 398 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 398 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

399.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 399 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 399 and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

400.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 400 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 400 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

401.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 401 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 401 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

402.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 402 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 402 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

403.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 403 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 403 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

404.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 404 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 404 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 404 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

405.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 405 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 405 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 405 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

406.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 406 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 406 and therefore denies the

allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 406 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

407.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 407 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 407 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 407 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

408.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 408 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 408 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

409.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 409 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 409 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite

Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 409 because they refer to documents that speak for themselves and Plaintiffs' attempt to characterize their terms is denied.

410.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 410 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 410 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 410 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

411.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 411 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 411 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 411 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

412.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 412 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 412 and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

413.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 413 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 413 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

414.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 414 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 414 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

415.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 415 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 415 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 415 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

416.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 416 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 416 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

417.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 417 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 417 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

418.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 418 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 418 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

419.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 419 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 419 and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

420.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 420 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 420 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 420 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

421.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 421 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 421 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 421 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

422.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 422 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 422 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite

Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 422 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

423.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 423 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 423 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

424.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 424 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 424 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 424 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

425.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 425 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 425 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

426.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 426 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 426 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 426 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

427.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 427 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 427 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 427 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

428.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 428 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 428 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 428 because

they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

429.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 429 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 429 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

430.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 430 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 430 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

431.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 431 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 431 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

432.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 432 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 432 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

433.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 433 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 433 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

434.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 434 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 434 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

435.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 435 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 435 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 435 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

436.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 436 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 436 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

437.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 437 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 437 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

438.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 438 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 438 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

439.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 439 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 439 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite

Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 439 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

440.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 440 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 440 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

441.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 441 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 441 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

442.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 442 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 442 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

443.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No.

443 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 443 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 443 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

444.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 444 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 444 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

445.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 445 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 445 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 445 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

446.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 446 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 446 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

447.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 447 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 447 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

448.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 448 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 448 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

449.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 449 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 449 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

450.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No.

450 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 450 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

451. Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint. Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 451 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 451 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations. Rite Aid further denies the allegations in Paragraph No. 451 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

452. Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint. Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 452 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 452 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

453. Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint. Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 453 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 453 and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

454.     Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 454 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 454 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

455.     Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 455 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 455 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

456.     Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 456 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 456 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

457.     Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 457 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 457 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

458.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 458 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 458 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

459.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 459 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 459 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

460.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 460 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 460 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

461.    Rite Aid never manufactured or marketed opioids.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as

to the truth of the allegations in Paragraph No. 461 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

462.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 462 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 462 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

463.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 463 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 463 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

464.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in 464 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 464 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

465.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No.

465 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 465 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

466.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 466 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 466 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

467.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 467 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 467 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 467 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

468.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 468 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 468 and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

469.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 469 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 469 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 469 because they refer to documents that speaks for themselves and Plaintiffs' attempt to characterize their terms is denied.

470.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 470 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 470 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 470 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

471.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 471 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 471 and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

472.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 472 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 472 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

473.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 473 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 473 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 473 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

474.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 474 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 474 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

475.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 475 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 475 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 475 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

476.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 476 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 476 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

477.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 477 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 477 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

478.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 478 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 478 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

479.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 479 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 479 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 479 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

480.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 480 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 480 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 480 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

481.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 481 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 481 and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

482.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 482 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 482 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

483.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 483 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 483 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

484.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 484 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 484 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

485.   Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 485 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 485 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 485 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

486.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 486 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 486 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 486 because they refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.

487.    The allegations in Paragraph No. 487 appear to have been deleted, thus, no response is required.[3]

488.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 488 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 488 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

---

[3] New allegations for Paragraph No. 487 have been added out-of-order, following Paragraph No. 500; the new allegations are addressed below.

489.    Rite  Aid  is  not  defined  as  a  Marketing  Defendant  in  the  Second  Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 489 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 489 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

490.    Rite  Aid  is  not  defined  as  a  Marketing  Defendant  in  the  Second  Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 490 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form  a  belief  as  to  the  truth  of  the  allegations  in  Paragraph  No.  490  and  therefore  denies  the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 490 because they refer to documents that speak for themselves and Plaintiffs' attempt to characterize their terms is denied.

491.    Rite  Aid  is  not  defined  as  a  Marketing  Defendant  in  the  Second  Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 491 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form  a  belief  as  to  the  truth  of  the  allegations  in  Paragraph  No.  491  and  therefore  denies  the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

492.    Rite  Aid  is  not  defined  as  a  Marketing  Defendant  in  the  Second  Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 492 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 492 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

493.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 493 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 493 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

494.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 494 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 494 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

495.    Rite Aid never manufactured or marketed opioids.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 495 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

496.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 496 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 496 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in Paragraph No. 496 because they refer to documents that speak for themselves and Plaintiffs' attempt to characterize their terms is denied.

497.    The allegations in Paragraph No. 497 appear to have been deleted, thus, no response is required.[4]

498.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 498 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 498 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

499.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 499 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 490 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

500.    The allegations of Paragraph 500 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid admits only that it is registered with the

---

[4] New allegations for Paragraph No. 497 have been added out-of-order, following Paragraph No. 500; the new allegations are addressed below.

DEA.  Rite Aid denies any characterizations by Plaintiffs of the referenced statute and regulations, which speak for themselves.  To the extent the allegations in Paragraph No. 500 pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

487.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 490 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.[5]

497.  Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 490 and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies the allegations in this paragraph because they refer to documents that speak for themselves and Plaintiffs' attempt to characterize their terms is denied.[6]

501.  The allegations of Paragraph No. 501 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations. To the extent

---

[5] Paragraph 487 appears out-of-order, following Paragraph 500, in the Corrected Second Amended Complaint.

[6] Paragraph 497 appears out-of-order, following Paragraphs 500 and 487, in the Corrected Second Amended Complaint.

these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

502.    The allegations of Paragraph No. 502 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations, including that its conduct created or contributed in any way to the opioid epidemic.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

503.    The allegations of Paragraph No. 503 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

504.    The allegations of Paragraph No. 504 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations in Paragraph No. 54, including that it ever manufactured opioids or distributed any opioids that were classified as "Schedule II controlled substances," as Rite Aid distributed hydrocodone combination products only when they were classified as Schedule III controlled substances before October 2014.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

505.    The allegations of Paragraph No. 505 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

506.    The allegations of Paragraph No. 506 are purported recitations of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations as stated, including any inference of wrongdoing by Rite Aid.

507.    The allegations of Paragraph No. 507 are purported recitations of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations as stated, including any inference of wrongdoing by Rite Aid.

508.    The allegations of Paragraph No. 508 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

509.    The allegations of Paragraph No. 509 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies that is has ever manufactured opioids.  The allegations in Paragraph No. 509 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

510.    The allegations of Paragraph No. 510 are purported recitations of law to which no response is required.  To the extent a response is required, Rite Aid admits only that the quoted language appears in 21 C.F.R. § 1301.74, but the regulations speak for themselves and Rite Aid denies any characterizations by Plaintiffs thereof.  Rite Aid denies the remaining allegations in Paragraph No. 510, including any inference of wrongdoing by Rite Aid.

511.    The allegations of Paragraph No. 511 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations as stated, including any inference of wrongdoing by Rite Aid.

512.     The allegations of Paragraph No. 512 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that any referenced state and federal law speaks for itself and any interpretations or characterizations by Plaintiffs thereof are denied.  Rite Aid denies the remaining allegations in Paragraph No. 512, including any inference of wrongdoing by Rite Aid.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

513.     The allegations of Paragraph No. 513 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that any referenced statute or regulation speaks for itself and any interpretations or characterizations by Plaintiffs thereof are denied.  Rite Aid denies the remaining allegations in Paragraph No. 513.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

514.     The allegations in Paragraph No. 514 contain conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations in Paragraph No. 514. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

515.     Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph No. 515, and therefore denies the allegations.

516.     Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 516 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations in Paragraph No. 516 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

517.    The allegations of Paragraph No. 517 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

518.    The allegations of Paragraph No. 518 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

519.    Rite Aid denies all allegations in Paragraph No. 519 directed to it.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

520.    Rite Aid denies all allegations in Paragraph No. 520 directed to it.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

521.    Rite Aid never manufactured opioids.  The allegations in Paragraph No. 521 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

522.    Rite Aid denies it owed a legal duty to each of the Plaintiffs in distributing "controlled prescription drugs."  Rite Aid lacks knowledge or information sufficient to form a

belief as to the truth of the remaining allegations in Paragraph No. 522 and therefore denies the allegations.

523.   Rite Aid denies all allegations in Paragraph No. 523. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

524.   Rite Aid denies all allegations in Paragraph No. 524.  The allegations refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

525.   Rite Aid denies all allegations in Paragraph No. 525.  The allegations refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

526.   The allegations of Paragraph No. 526 contain conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

527.   Rite Aid denies all allegations in Paragraph No. 527, including any inference of wrongdoing by Rite Aid from allegations pertaining to conduct by another defendant.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

528.   Rite Aid denies all allegations in Paragraph No. 528, including any inference of wrongdoing by Rite Aid from allegations pertaining to conduct by another defendant.  To the

extent these allegations pertain to other defendants.  Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

529.    Rite Aid denies all allegations in Paragraph No. 529, including any inference of wrongdoing by Rite Aid from allegations pertaining to conduct by another defendant.  To the extent these allegations pertain to other defendants.  Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

530.    Rite Aid denies all allegations in Paragraph No. 530, including any inference of wrongdoing by Rite Aid from allegations pertaining to conduct by another defendant.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

531.    Rite Aid denies any inference of wrongdoing by Rite Aid.  Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the allegations.

532.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 532 and therefore denies the allegations.

533.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 533 and therefore denies the allegations.  Rite Aid specifically denies any inference of wrongdoing by Rite Aid from allegations pertaining to the conduct of another.

534.    Rite Aid denies any inference of wrongdoing by Rite Aid.  Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the allegations.

535.    Rite Aid denies any inference of wrongdoing by Rite Aid.  Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the allegations.

536.    Rite Aid denies that the HDA website reflects or confirms Rite Aid's membership in HDA.  Rite Aid further denies Plaintiffs' characterizations of the terms of the referenced document as the document speaks for itself.  Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the allegations.

537.    Rite Aid denies all allegations in Paragraph No. 537.  Rite Aid never manufactured opioids.  To the extent the allegations in this paragraph pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.  Rite Aid further denies Plaintiffs' characterizations of the terms of the referenced document as the document speaks for itself.

538.    Rite Aid denies all allegations in Paragraph No. 538.  Rite Aid never manufactured opioids.  To the extent the allegations in this paragraph pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph No. 538, and therefore denies them.  Rite Aid further denies Plaintiffs' characterizations of the terms of the referenced document as the document speaks for itself.

539.    Rite Aid denies any inference of wrongdoing by Rite Aid.  Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies the allegations.

540.    Rite Aid denies any inference of wrongdoing by Rite Aid.  Rite Aid further denies Plaintiffs' characterizations of the terms of the referenced documents as the documents speak for

themselves.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 540 and therefore denies the allegations.

541.    Rite Aid denies any inference of wrongdoing by Rite Aid.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 541 and therefore denies the allegations.

542.    Rite Aid denies any inference of wrongdoing by Rite Aid.  Rite Aid further denies that it was directed in any way by Marketing Defendants on how to effectively sell prescription opioids.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 542 and therefore denies the allegations.

543.    The allegations in Paragraph No. 543 contain legal conclusions to which no response is required.  To the extent a response is required, Rite Aid denies all the allegations in Paragraph No. 543.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

544.    Rite Aid denies all allegations in Paragraph No. 544, including any inference of wrongdoing by Rite Aid.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

545.    Rite Aid denies any inference of wrongdoing by Rite Aid.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 545 and therefore denies the allegations.

546.    Rite Aid denies any inference of wrongdoing by Rite Aid.  Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

547.    The allegations in Paragraph No. 547 appear to have been deleted, thus, no response is required.  Alternatively, to the extent not deleted, Rite Aid denies all allegations, including any inference of wrongdoing.  To the extent the allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

548.    Rite Aid denies all allegations in Paragraph No. 548. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

549.    Rite Aid denies all allegations in Paragraph No. 549. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

550.    Rite Aid denies all allegations in Paragraph No. 550. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

551.    The allegations of Paragraph No. 551 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations in Paragraph No. 551.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

552.    The allegations in Paragraph No. 543 contain legal conclusions to which no response is required.  To the extent a response is required, Rite Aid denies all allegations in Paragraph No. 552. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

553.    The allegations in Paragraph No. 543 contain legal conclusions to which no response is required.  To the extent a response is required, 553. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

554.    Rite Aid denies all allegations in Paragraph No. 554. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

555.    Rite Aid denies all allegations in Paragraph No. 555. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

556.    Rite Aid denies all allegations in Paragraph No. 556. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 556 and therefore denies the allegations.

557.    The allegations in Paragraph No. 543 contain legal conclusions to which no response is required.  To the extent a response is required, Rite Aid denies all allegations in Paragraph No. 557.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

558.    Denied as stated.  It is admitted only that Rite Aid had access to patient- and prescriber-level information from data vendors at certain times.  Rite Aid denies the remaining allegations in Paragraph No. 558. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

559.    The allegations of Paragraph 559 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations in this paragraph. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

560.    Denied as stated.  It is admitted only that Rite Aid had access to prescriber- and patient-level data from data vendors at certain times.  Rite Aid denies the remaining allegations in Paragraph No. 560. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 560 and therefore denies the allegations.

561.    Rite Aid denies all allegations in Paragraph No. 561.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 561 and therefore denies the allegations.

562.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 562 and therefore denies the allegations.

563.    Rite Aid denies all allegations in Paragraph No. 563.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the allegations.

564.    The allegations in Paragraph No. 564 appear to have been deleted, thus, no response is required.  Alternatively, to the extent not deleted, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

565.    Rite Aid denies all allegations in Paragraph No. 565.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

566.    Rite Aid denies all allegations in Paragraph No. 566.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

567.    Rite Aid never manufactured or marketed opioids.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 567 and therefore denies the allegations.

568.    Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 568 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

569.    Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 569 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

570.    Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 570 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

571.    Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 571 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

572.    Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 572 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

573.    Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 573 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

574.    Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 574 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

575.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 575 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

576.     The allegations in Paragraph No. 576 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

577.     Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 577 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

578.     Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 578 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

579.     The allegations of Paragraph No. 579 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

580.     The allegations of Paragraph No. 580 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

581.     The allegations in Paragraph No. 581 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations

and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

582.    The allegations in Paragraph No. 582 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

583.    The allegations in Paragraph No. 583 pertain to other defendants.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

584.    The allegations in Paragraph No. 584 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

585.    The allegations in Paragraph No. 585 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

586.    The allegations in Paragraph No. 586 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

587.    The allegations in Paragraph No. 587 pertain to another defendant and Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies Plaintiffs' characterizations of the terms of the referenced letter from the U.S. House of Representatives Committee on Energy and Commerce, as the document speaks for itself.

588.    The allegations in Paragraph No. 588 pertain to another defendant and Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

589.    The allegations in Paragraph No. 589 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies Plaintiffs' characterizations of the terms of the referenced Minutes from a November 1998 Meeting of the Ohio State Board of Pharmacy, as the document speaks for itself.

590.    The allegations in Paragraph No. 590 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

591.    The allegations in Paragraph No. 591 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations

against Rite Aid, Rite Aid denies such allegations.  Rite Aid further denies Plaintiffs' characterizations of the referenced records from a disciplinary proceeding, as the document speaks for itself.

592.    The allegations in Paragraph No. 592 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

593.    Rite Aid denies all allegations in Paragraph No. 593.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

594.    Rite Aid denies all allegations in Paragraph No. 594, including any liability for the alleged misuse, abuse or over-prescription of opioids or that its conduct contributed in any way to the creation of an alleged illegal drug market.  To the extent this paragraph is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

595.    The allegations of Paragraph No. 595 contain conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations.  To the extent the allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

596.    Denied as stated.  It is admitted only that Rite Aid has been committed to working to prevent diversion of dangerous drugs.  The remaining allegations in Paragraph No. 596 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief

as to the truth of those allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain other allegations against Rite Aid, Rite Aid denies such allegations.

597. Denied as stated. It is admitted only that there is currently a national opioid epidemic, but denies any liability for that epidemic or for the alleged misuse, abuse or over-prescription of opioids. The remaining allegations in Paragraph No. 597 pertain to another defendant. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain other allegations against Rite Aid, Rite Aid denies such allegations.

598. The allegations in Paragraph No. 598 pertain to another defendant. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

599. Rite Aid denies that it filed an amicus brief in furtherance of an effort to affirmatively conceal misconduct and avoid detection. Rite Aid further denies Plaintiffs' characterizations of the referenced document, as the document speaks for itself. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 599 and therefore denies the allegations.

600. Denied as stated. It is admitted only that Rite Aid has stated its conduct is in compliance with its legal obligations. Rite Aid denies any remaining allegations in Paragraph No. 600. To the extent the allegations in Paragraph No. 600 pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

601. The allegations in Paragraph No. 601 pertain to another defendant. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

602. Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint. The allegations in Paragraph No. 602 pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

603. The allegations in Paragraph No. 603 pertain to another defendant. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegation. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

604. The allegations in Paragraph No. 604 pertain to another defendant. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

605. The allegations in Paragraph No. 605 pertain to another defendant. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

606.     Rite Aid denies all allegations in Paragraph No. 606.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

607.     Rite Aid denies all allegations in Paragraph No. 607.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

608.     Denied as stated.  Rite Aid admits only that it distributed hydrocodone combination products in certain states when they were classified as Schedule III controlled substances before October 2014, but denies ever distributing Schedule II controlled substances.  Rite Aid denies the remaining allegations in Paragraph No. 608.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

609.     Denied as stated. R ite Aid admits only that it distributed hydrocodone combination products in Summit County and in certain other states when they were classified as Schedule III controlled substances before October 2014.  Rite Aid denies the remaining allegations.  Paragraph No. 609 attempts to characterize the DEA ARCOS data, which speaks for itself, and interpretation or characterization thereof is denied.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

610.     Denied as stated.  Rite Aid admits that it maintained data on the opioid products it distributed.  Rite Aid denies the remaining allegations in Paragraph No. 610, including that it ever marketed opioids.  To the extent these allegations pertain to other defendants, Rite Aid lacks

knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

611.    The allegations in Paragraph No. 611 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations in Paragraph No. 611.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

612.    The allegations in this paragraph are directed to defendants as pharmacies and Plaintiffs have disclaimed any cause of action against Rite Aid or the other "National Retail Pharmacies" as "retailers or dispensers of opioids." (12/19/18 Order, Dkt. No. 1203, at 2).  Further, the allegations in Paragraph No. 612 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid admits only that the quoted language appears in the cited regulations, but the regulations speak for themselves and Rite Aid denies any characterizations by Plaintiffs thereof.  Rite Aid denies the remaining allegations.  To the extent these allegations in Paragraph No. 612 pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

613.    The allegations in this paragraph are directed to defendants as pharmacies and Plaintiffs have disclaimed any cause of action against Rite Aid or the other "National Retail Pharmacies" as "retailers or dispensers of opioids." (12/19/18 Order, Dkt. No. 1203, at 2).  To the extent a response is required, Rite Aid denies all allegations in Paragraph No. 613.

614.    The allegations of Paragraph No. 614 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid admits only that 21 C.F.R. § 1301.74(b)

addresses suspicious orders.  Rite Aid denies any interpretations or characterizations by Plaintiffs of the regulation, which speaks for itself.  Rite Aid denies any remaining allegations.

615.    The allegations of Paragraph No. 615 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid admits only that 21 C.F.R. § 1301.74(b) addresses suspicious orders.Rite Aid denies any interpretations or characterizations by Plaintiffs of the regulation, which speaks for itself.  Rite Aid denies any remaining allegations.

616.    The allegations of Paragraph No. 616 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.

617.    Denied as stated.  Rite Aid admits only that it had access to certain data concerning the distribution or dispensing of controlled substances. Rite Aid denies the remaining allegations. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

618.    The allegations in this paragraph are directed to defendants as pharmacies and Plaintiffs have disclaimed any cause of action against Rite Aid or the other "National Retail Pharmacies" as "retailers or dispensers of opioids." (12/19/18 Order, Dkt. No. 1203, at 2).  To the extent a response is required, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

619.    The allegations of Paragraph No. 619 contain conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations in Paragraph No. 619.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

620.    The allegations in this paragraph are directed to defendants as pharmacies and Plaintiffs have disclaimed any cause of action against Rite Aid or the other "National Retail Pharmacies" as "retailers or dispensers of opioids." (12/19/18 Order, Dkt. No. 1203, at 2).  To the extent a response is required, Rite Aid admits only there is a national opioid epidemic, but denies any liability for that epidemic or for the alleged misuse, abuse or over-prescription of opioids.  Rite Aid denies any remaining allegations in Paragraph No. 620. To the extent the allegations in this paragraph pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

621.    The allegations in this paragraph are directed to defendants as pharmacies and Plaintiffs have disclaimed any cause of action against Rite Aid or the other "National Retail Pharmacies" as "retailers or dispensers of opioids." (12/19/18 Order, Dkt. No. 1203, at 2).  To the extent a response is required, Rite Aid denies all allegations in Paragraph No. 621.  To the extent the allegations in Paragraph No. 621 pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

622.    Rite Aid denies all allegations in Paragraph No. 622.  To the extent the allegations in Paragraph No. 622 pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

623.    Rite Aid denies all allegations in Paragraph No. 623.  To the extent the allegations in this paragraph pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

624.     Rite Aid denies all allegations in Paragraph No. 624.  To the extent the allegations in this paragraph pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

625.     Rite Aid denies all allegations in Paragraph No. 625.  To the extent the allegations in this paragraph pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

626.     The allegations of Paragraph No. 626 contain conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations.  To the extent the allegations in Paragraph 626 pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

627.     Rite Aid denies all allegations in Paragraph No. 627.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

628.     The allegations in Paragraph 628 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

629.     The allegations in Paragraph No. 629 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

630.     The allegations in Paragraph No. 630 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations

and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

631.    The allegations in Paragraph No. 631 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegation and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

632.    The allegations in Paragraph No. 632 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

633.    The allegations in Paragraph No. 633 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

634.    The allegations in Paragraph No. 634 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

635.    The allegations in Paragraph No. 635 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

636.    The allegations in Paragraph No. 636 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

637.    The allegations in Paragraph No. 637 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

638.    The allegations in Paragraph No. 638 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

639.    The allegations in Paragraph No. 639 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

640.    The allegations in Paragraph No. 640 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

641.    The allegations in Paragraph No. 641 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations

and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

642.     The allegations in Paragraph No. 642 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

643.     The allegations in Paragraph No. 643 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

644.     The allegations in Paragraph No. 644 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

645.     The allegations in Paragraph No. 645 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

646.     The allegations in Paragraph No. 646 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

647.    The allegations in Paragraph No. 647 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

648.    The allegations in Paragraph No. 648 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

649.    The allegations in Paragraph No. 649 pertain to another defendant.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

650.    Rite Aid denies all allegations in Paragraph No. 650 as Rite Aid Corporation was voluntarily dismissed from this case and the remaining named Rite Aid defendant, Rite Aid of Maryland, Inc. d/b/a/ Mid-Atlantic Customer Support Center, merely distributes to certain Rite Aid pharmacies.

651.    The allegations of Paragraph No. 651 contain conclusions of law to which no response is required.  To the extent a response is required, it is admitted only that Rite Aid Corporation, on behalf of eight subsidiaries, including Rite Aid of Maryland, paid $5 million in 2009 pursuant to a civil settlement with the DEA for "alleged conduct" involving Rite Aid pharmacies in certain states, ***not*** including Ohio.  The referenced 2009 settlement agreement expressly provides that "[n]othing in this agreement shall be construed as [] an admission by Rite Aid" and that the agreement "does not constitute evidence or an admission by any person or entity,

and shall not be construed as an admission by any person or entity, with respect to any issue of law or fact." Rite Aid denies the remaining allegations in Paragraph No. 651, including that it was "fined . . .  penalties," that it committed or purported to admit to any "violations of the CSA," or that it engaged in any other wrongful conduct.

652.    The allegations of Paragraph No. 652 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations.

653.    The allegations of Paragraph No. 653 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies all allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

654.    The allegations of Paragraph No. 654 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations.  To the extent these allegations pertain to other defendants Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

655.    The allegations of Paragraph No. 655 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

656.    The allegations of Paragraph No. 656 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies all allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

657.   Rite Aid denies all allegations in Paragraph No. 657. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

658.   Rite Aid denies all allegations in Paragraph No. 658. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

659.   The allegations of Paragraph 659 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations, including that its conduct contributed in any way to the opioid epidemic.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

660.   Rite Aid denies all allegations in Paragraph No. 660.

661.   Denied as stated.  It is admitted only that prescriptions validly written in one state may, under some circumstances, be filled in a different state.  Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

662.   Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph No. 662 and therefore denies the allegations.

663.   Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph No. 663 and therefore denies the allegations.

664.   Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph No. 664 and therefore denies the allegations.

665.    Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph No. 665 and therefore denies the allegations.  Further, the case Plaintiffs cite, *United States v. Elliott*, 876 F.3d 855, 858 (6th Cir. 2017), speaks for itself and any characterizations thereof are denied.

666.    Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph No. 666 and therefore denies the allegations.

667.    Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph No. 667 and therefore denies the allegations.

668.    Denied as stated.  Rite Aid admits only that there is a national opioid epidemic, but denied any denies any liability for that epidemic.  Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 668 and therefore denies the allegations.

669.    Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph No. 669 and therefore denies the allegations.

670.    Rite denies all allegations in Paragraph No. 670.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

671.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 671 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

672.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 672 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

673.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 673 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

674.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 674 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

675.    Rite Aid never manufactured nor marketed opioids, through sales representatives or otherwise.  The allegations in Paragraph No. 675 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

676.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 676 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to

form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

677.    Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 677 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

678.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 678 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

679.    Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 679 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

680.    Rite Aid never manufactured or marketed opioids. The allegations in Paragraph No. 680 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

681.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 681 and therefore denies the allegations.

682.    Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 682 pertain to other defendants.  As such, Rite Aid lacks knowledge and information sufficient

to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

683.    Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 683 pertain to other defendants.  As such, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

684.    The allegations of Paragraph No. 684 are conclusions of law to which no response is required.  To the extent a response is required, it is admitted only that the quoted language appears in the cited section of the Ohio Administrative Code.  Rite Aid denies the remaining allegations.

685.    The allegations of Paragraph No. 685 are conclusions of law to which no response is required.  To the extent a response is required, it is admitted only that the quoted language appears in the cited section of the Ohio Administrative Code.  Rite Aid denies the remaining allegations.

686.    The allegations of Paragraph No. 686 are conclusions of law to which no response is required.  To the extent a response is required, it is admitted only that the quoted language appears in the cited section of the Ohio Administrative Code, but the Code speaks for itself and any interpretations or characterizations by Plaintiffs thereof are denied.  Rite Aid denies the remaining allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

687.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 687 and therefore denies the allegations.

688.    Rite Aid denies all allegations in Paragraph No. 688.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

689.    Rite Aid denies all allegations in Paragraph No. 689.  As to the alleged statistics, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

690.    Rite Aid admits that the Court's April 11, 2018 Order (Dkt. No. 233) directed the DEA to produce to the parties certain data contained in its ARCOS database and that the DEA has produced ARCOS data for the four referenced drug codes. The produced ARCOS data speaks for itself and any interpretation or characterization thereof is denied.

691.    Rite Aid admits that the ARCOS data disclosed to date does not include data on cargentanil.  Rite Aid denies all remaining allegations in Paragraph No. 691.

692.    Rite Aid denies all allegations in Paragraph No. 692.  Paragraph No. 692 attempts to characterize the DEA ARCOS data, which speaks for itself and any interpretation or characterization thereof is denied.

693.    Rite Aid denies all allegations in Paragraph No. 693.  Paragraph No. 693 attempts to characterize the DEA ARCOS data, which speaks for itself and any interpretation or characterization thereof is denied.

694.    Denied as stated.  Rite Aid admits only that the government produced certain data from its ARCOS database.  Paragraph No. 694 attempts to characterize the data from the government's ARCOS database, which speaks for itself, and any interpretation or characterization thereof is denied.  Rite Aid denies all remaining allegations in Paragraph No. 694. To extent the

allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

695.    Denied as stated.  Rite Aid admits only that government produced certain data from its ARCOS database. Paragraph No. 695 attempts to characterize the data from the government's ARCOS database, which speaks for itself, and any interpretation or characterization thereof is denied.  Rite Aid denies all remaining allegations in Paragraph No. 695. To the extent the allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the allegations.

696.    Rite Aid denies all allegations in Paragraph No. 696.  Paragraph No. 696 attempts to characterize the DEA ARCOS data, which speaks for itself, and any interpretation or characterization thereof is denied.  To the extent the allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the allegations.

697.    Rite Aid denies all allegations in Paragraph No. 697.  Paragraph No. 697 attempts to characterize the DEA ARCOS and OARRS data, which speaks for itself, and any interpretation or characterization thereof is denied.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 697 and therefore denies the allegations.

698.    Rite Aid denies all allegations in Paragraph No. 698.  Paragraph No. 698 attempts to characterize the DEA ARCOS and OARRS data, which speaks for itself, and any interpretation or characterization thereof is denied.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 698 and therefore denies the allegations.

699.     Rite Aid denies all allegations in Paragraph No. 698.  Paragraph No. 699 attempts to characterize the DEA ARCOS and OARRS data, which speaks for itself, and any interpretation or characterization thereof is denied.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 699 and therefore denies the allegations.

700.     Rite Aid denies all allegations in Paragraph No. 700.  Paragraph No. 700 attempts to characterize the DEA ARCOS and OARRS data, which speaks for itself, and any interpretation or characterization thereof is denied.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 700 and therefore denies the allegations.

701.     Rite Aid denies all allegations in Paragraph No. 701.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

702.     Rite Aid denies all allegations in Paragraph No. 702.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

703.     To the extent that the allegations in Paragraph No. 703 have been deleted, no response is required.

704.     To the extent that the allegations in Paragraph No. 704 have been deleted, no response is required. Alternatively, to the extent not deleted, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

705.    Rite Aid denies the allegations in Paragraph No. 705.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

706.    The allegations of Paragraph No. 706 refer to a document that speaks for itself and Plaintiffs' attempt to characterize its terms is denied.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

707.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 707, and therefore denies them.

708.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint.  Rite Aid never manufactured or marketed opioids.  The allegations in Paragraph No. 708 pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 708 and therefore denies the allegations.

709.    Rite Aid denies it had reason to believe that illegal diversion of opioids it distributed was occurring in Summit County.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

710.    Rite Aid denies the allegations in Paragraph No. 710.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

711.    To the extent that the allegations in Paragraph No. 711 have been deleted, no response is required. Alternatively, to the extent not deleted, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

712.    Rite Aid denies the allegations in Paragraph No. 712. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

713.    The allegations of Paragraph No. 713 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies the allegations in Paragraph No. 713. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

714.    Rite Aid denies the allegations in Paragraph No. 714. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

715.    Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or over-prescription of opioids. The remaining allegations in Paragraph No. 715 refer to a document that speaks for itself and Rite Aid denies any characterizations thereof. Rite Aid denies any inference of wrongdoing. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

716.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 716 and therefore denies the allegations.

717.    The allegations in Paragraph No. 717 refer to a document that speaks for itself and Rite Aid denies any characterizations thereof. Rite Aid further denies any inference of wrongdoing. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 717 and therefore denies them.

718.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 718 and therefore denies them.

719.    Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or over-prescription of opioids.  The allegations in Paragraph No. 717 refer to a document that speaks for itself and Rite Aid denies any characterizations thereof.  Rite Aid further denies any inference of wrongdoing.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 719 and therefore denies them.

720.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 720 and therefore denies them.

721.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 721, and therefore denies them.

722.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 722, and therefore denies them.

723.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 723, and therefore denies them.

724.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 724, and therefore denies them.

725.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 725, and therefore denies them.

726.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 726, and therefore denies them.

727.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 727, and therefore denies them.

728.     The allegations in Paragraph No. 729 refer to a document that speaks for itself and Rite Aid denies any characterizations thereof.  Rite Aid further denies any inference of wrongdoing.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 728, and therefore denies them.

729.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 729, and therefore denies them.

730.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 730, and therefore denies them.

731.     Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or over-prescription of opioids.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 731, and therefore denies them.

732.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 732, and therefore denies them.

733.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 733, and therefore denies them.

734.     Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or over-prescription of opioids.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 734, and therefore denies them.

735.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 735 and therefore denies the allegations.

736.    The allegations in Paragraph No. 736 refer to a document that speaks for itself and Rite Aid denies any characterizations thereof.  Rite Aid further denies any inference of wrongdoing.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 736, and therefore denies them.

737.    Denied in part.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or over-prescription of opioids.  The allegations in Paragraph No. 737 refer to a document that speaks for itself and Rite Aid denies any characterizations thereof.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 737, and therefore denies them.

738.    The allegations in Paragraph No. 738 refer to a document that speaks for itself and Rite Aid denies any characterizations thereof.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 738, and therefore denies them.

739.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 739, and therefore denies them.

740.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 740, and therefore denies them.

741.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 741, and therefore denies them.

742.     Denied in part. Rite Aid admits only that there is a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or over-prescription of opioids. The allegations in Paragraph No. 742 refer to a document that speaks for itself and Rite Aid denies any characterizations thereof. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 742, and therefore denies them.

743.     Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 743 and therefore denies the allegations.

744.     Denied in part. Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 744, and therefore denies them.

745.     Denied in part. Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids. Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 745 and therefore denies the allegations.

746.     Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

747.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

748.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

749.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

750.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

751.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief

as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

752.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

753.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

754.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

755.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

756.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

757.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

758.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

759.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

760.    Rite Aid denies the allegations in Paragraph 760.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

761.    Rite Aid denies the allegations in Paragraph 761.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

762.    Rite Aid denies all allegations in Paragraph No. 762.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 762 and therefore denies the allegations.

763.    Rite Aid denies all allegations in Paragraph No. 763.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 763 and therefore denies the allegations.

764.    Rite Aid denies the allegations in Paragraph No. 764.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

765.    Rite Aid denies the allegations in Paragraph No. 765.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

766.    Rite Aid denies the allegations in Paragraph No. 766.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

767.    The allegations of Paragraph No. 767 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 767 and therefore denies the allegations.

768.    The allegations of Paragraph No. 768 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 768 and therefore denies the allegations.

769.    The allegations of Paragraph No. 769 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 769 and therefore denies the allegations.

770.    Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 770 and therefore denies the allegations.

771.    Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  Additionally, Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 771 and therefore denies the allegations.

772.    Rite Aid denies the allegations in Paragraph No. 772.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

773.    Rite Aid denies the allegations in Paragraph No. 773.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

774.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

775.    Rite Aid denies the allegations in Paragraph No. 775.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

776.    Rite Aid denies the allegations in Paragraph No. 776.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

777.    Rite Aid denies the allegations in Paragraph No. 777.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

778.    Rite Aid denies the allegations in Paragraph No. 778.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

779.    Rite Aid denies the allegations in Paragraph No. 779.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

780.    The allegations of Paragraph No. 780 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 780 and therefore denies the allegations.

781.    The allegations of Paragraph No. 781 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 781 and therefore denies the allegations.

782.    Rite Aid is not defined as a Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

783.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 783 and therefore denies the allegations.

784.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 784 and therefore denies the allegations.

785.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 785 and therefore denies the allegations.

786.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 786 and therefore denies the allegations.

787.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 787 and therefore denies the allegations.

788.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 788 and therefore denies the allegations.

789.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 789 and therefore denies the allegations.

790.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 790 and therefore denies the allegations.

791.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 791 and therefore denies the allegations.

792.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 792 and therefore denies the allegations.

793.    Rite Aid denies the allegations in Paragraph No. 793.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

794.    Rite Aid denies the allegations in Paragraph No. 794.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.  To the extent the allegations in this paragraph are deemed

in whole or part to be factual, the DEA agent's comments speak for themselves and Plaintiffs' attempt to characterize the terms is denied.

795.    Rite Aid denies the allegations in Paragraph No. 795.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.  To the extent the allegations in this paragraph are deemed in whole or part to be factual, the DEA agent's comments speak for themselves and Plaintiffs' attempt to characterize the terms is denied.

796.    Rite Aid denies the allegations in Paragraph No. 796.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.  To the extent the allegations in this paragraph are deemed in whole or part to be factual, the DEA correspondence, orders, and settlements speak for themselves and Plaintiffs' attempt to characterize the terms is denied.

797.    Rite Aid denies the allegations in Paragraph No. 797.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

798.    Rite Aid denies the allegations in Paragraph No. 798.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

799.    Rite Aid denies the allegations in Paragraph No. 799.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

800.    Rite Aid denies the allegations in Paragraph No. 800.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

801.    Rite Aid denies the allegations in Paragraph No. 801.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.  To the extent the allegations in this paragraph are deemed in whole or part to be factual, the DEA agent's comments speak for themselves and Plaintiffs' attempt to characterize the terms is denied.

802.    Rite Aid denies the allegations in Paragraph No. 802.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

803.    Rite Aid denies the allegations in Paragraph No. 803.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

804.    Rite Aid denies the allegations in Paragraph No. 804.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

805.    To the extent that the allegations in Paragraph No. 805 has been deleted, no response is required.

806.    To the extent that the allegations in Paragraph No. 806 has been deleted, no response is required.

807.    To the extent that the allegations in Paragraph No. 807 has been deleted, no response is required.

808.    Rite Aid denies the allegations in Paragraph 808.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

809.    Rite Aid denies the allegations in Paragraph No. 809.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

810.    Rite Aid denies the allegations in Paragraph No. 810.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

811.    Rite Aid denies the allegations in Paragraph No. 811.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

812.    Rite Aid denies the allegations in Paragraph No. 812.   To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

813.    Rite Aid denies the allegations in Paragraph 813.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

814.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

815.    Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.   The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

816.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

817.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

818.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

819.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

820.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

821.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

822.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

823.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief

as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

824.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

825.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

826.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

827.    Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

828.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

829.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

830.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

831.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

832.    Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.   The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

833.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

834.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

835.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

836. Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

837. Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

838. Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

839. Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

840. Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief

as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

841.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

842.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

843.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

844.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

845.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

846.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

847.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

848.    Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

849.    Denied as stated.  Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or over-prescription of opioids.  Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

850.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 850 and therefore denies the allegations.

851.    The allegations of Paragraph No. 851 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint. The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

852.    Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

853.    Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore

denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

854.    Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

855.    Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

856.    Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

857.    Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

858.    The allegations of Paragraph No. 858 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

859.    The allegations of Paragraph No. 859 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint. The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

860.    The allegations of Paragraph No. 860 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

861.    The allegations of Paragraph No. 861 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form

a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

862.    The allegations of Paragraph No. 862 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

863.    The allegations of Paragraph No. 863 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

864.    The allegations of Paragraph No. 864 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

865.    Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore

denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

866.    The allegations of Paragraph No. 866 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

867.    The allegations of Paragraph No. 867 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

868.    The allegations of Paragraph No. 868 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

869.    The allegations of Paragraph No. 869 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph

pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

870.    The allegations of Paragraph No. 870 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

871.    Rite Aid denies all allegations in Paragraph No. 871.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 871 and therefore denies the allegations.

872.    The allegations of Paragraph No. 872 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

873.    The allegations of Paragraph No. 873 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 873 and therefore denies the allegations.

874.     Denied as stated.  The allegations of Paragraph No. 874 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid admits only that there is currently a national opioid epidemic but denies any liability for that epidemic or for the alleged misuse, abuse or overprescription of opioids.  Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

875.     The allegations of Paragraph No. 875 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

876.     The allegations of Paragraph No. 876 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

877.     The allegations of Paragraph No. 877 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph

pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

## CLAIMS FOR RELIEF

878.    The foregoing paragraphs are incorporated herein as if set forth in their entirety.

879.    The allegations of Paragraph No. 879 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 879 and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

880.    The allegations of Paragraph No. 880 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

881.    The allegations of Paragraph No. 881 are conclusions of law to which no response is required.  To the extent a response is required, states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information

sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

882.     The allegations of Paragraph No. 882 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

883.     The allegations of Paragraph No. 883 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

884.     The allegations of Paragraph No. 884 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

885.    The allegations of Paragraph No. 885 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

886.    The allegations of Paragraph No. 886 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

887.    The allegations of Paragraph No. 887 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

888.     The allegations of Paragraph No. 888 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

889.     The allegations of Paragraph No. 889 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

890.     The allegations of Paragraph No. 890 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

891.     The allegations of Paragraph No. 891 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO

Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

892.    The allegations of Paragraph No. 892 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

893.    The allegations of Paragraph No. 893 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

894.    The allegations of Paragraph No. 894 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or

information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

895. The allegations of Paragraph No. 895 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. These allegations pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

896. The allegations of Paragraph No. 896 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. These allegations pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

897. The allegations of Paragraph No. 897 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. These allegations pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the

allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

898.    The allegations of Paragraph No. 898 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

899.    The allegations of Paragraph No. 899 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

900.    The allegations of Paragraph No. 900 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

901.     The allegations of Paragraph No. 901 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

902.     The allegations of Paragraph No. 902 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

903.     The allegations of Paragraph No. 903 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

904.    The allegations of Paragraph No. 904 are conclusions of law to which no response is required and they are, therefore, denied.  To the extent a response is required, Rite Aid denies all allegations.

905.    The allegations of Paragraph No. 905 contain conclusions of law and a summary of the relief Plaintiffs seek, to which no response is required.  To the extent a response is required, Rite Aid states the allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

906.    The foregoing paragraphs are incorporated herein as if set forth in their entirety.

907.    The allegations of Paragraph No. 907 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

908.    The allegations of Paragraph No. 908 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  These allegations pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

909.     Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

910.     Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

911.     The allegations of Paragraph No. 911 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

912.     The allegations of Paragraph No. 912 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

913.     The allegations of Paragraph No. 913 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

914.     The allegations of Paragraph No. 914 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

915.     The allegations of Paragraph No. 915 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

916.     The allegations of Paragraph No. 916 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form

a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

917.    The allegations of Paragraph No. 917 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

918.    The allegations of Paragraph No. 918 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

919.    The allegations of Paragraph No. 919 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

920.    The allegations of Paragraph No. 920 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph

pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

921.     The allegations of Paragraph No. 921 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

922.     The allegations of Paragraph No. 922 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

923.     The allegations of Paragraph No. 923 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

924.     The allegations of Paragraph No. 924 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO

Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

925.    The allegations of Paragraph No. 925 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

926.    The allegations of Paragraph No. 926 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

927.    The allegations of Paragraph No. 927 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

928.     The allegations of Paragraph No. 928 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

929.     The allegations of Paragraph No. 929 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

930.     The allegations of Paragraph No. 930 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

931.     The allegations of Paragraph No. 931 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form

a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

932.    The allegations of Paragraph No. 932 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

933.    The allegations of Paragraph No. 933 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

934.    The allegations of Paragraph No. 934 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

935.    The allegations of Paragraph No. 935 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph

pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

936.    The allegations of Paragraph No. 936 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

937.    The allegations of Paragraph No. 937 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies all allegations. To the extent the allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

938.    The allegations of Paragraph No. 938 are conclusions of law and a summary of the relief Plaintiffs seek, to which no response is required.  To the extent a response is required, Rite Aid denies any allegation against it.

939.    The foregoing paragraphs are incorporated herein as if set forth in their entirety.

940.    The allegations of Paragraph No. 940 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore

denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

941.    Rite Aid is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

942.    The allegations of Paragraph No. 942 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

943.    The allegations of Paragraph No. 943 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

944.    The allegations of Paragraph No. 944 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO

Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

945.    The allegations of Paragraph No. 945 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

946.    The allegations of Paragraph No. 946 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

947.    The allegations of Paragraph No. 947 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks

knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

948. The allegations of Paragraph No. 948 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid states that it is not defined as a RICO Marketing Defendant in the Second Amended Complaint nor did it ever manufacture or market opioids. The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

949. The allegations of Paragraph No. 949 are conclusions of law and a summary of the relief Plaintiffs seek, to which no response is required. To the extent a response is required, Rite Aid denies any allegations against it. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations.

950. The foregoing paragraphs are incorporated herein as if set forth in their entirety.

951. Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint. The allegations in this paragraph pertain to other defendants and contain conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies any allegations against it.

952. Rite Aid's answers to the allegations contained in the referenced paragraphs of Plaintiffs' First Claim for Relief (Paragraph Nos. 878 to 905) are incorporated herein by reference.

953.    The allegations of Paragraph No. 953 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

954.    The allegations of Paragraph No. 954 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

955.    The allegations of Paragraph No. 955 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

956.    The allegations of Paragraph No. 956 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form

a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

957.    The allegations of Paragraph No. 957 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  The allegations refer to a document which speaks for itself and any characterizations by Plaintiffs thereof are denied.

958.    Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

959.    Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

960.    Rite Aid is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

961.    The allegations of Paragraph No. 961 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO

Supply Chain Defendant in the Second Amended Complaint. The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

962. The allegations of Paragraph No. 962 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint. The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

963. The allegations of Paragraph No. 963 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint. The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

964. The allegations of Paragraph No. 964 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint. The allegations in this paragraph pertain to other defendants. As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

965.    The allegations of Paragraph No. 965 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

966.    The allegations of Paragraph No. 966 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

967.    The allegations of Paragraph No. 967 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

968.    The allegations of Paragraph No. 968 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form

a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

969.    Rite Aid's answers to the allegations contained in the referenced paragraphs (Paragraph Nos. 671-745) are incorporated herein by reference.

970.    The allegations of Paragraph No. 970 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

971.    The allegations of Paragraph No. 971 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

972.    The allegations of Paragraph No. 972 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid states that it is not defined as a RICO Supply Chain Defendant in the Second Amended Complaint.  The allegations in this paragraph pertain to other defendants.  As such, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the allegations. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

973.    The allegations of Paragraph No. 973 are conclusions of law and a summary of the relief Plaintiffs seek, to which no response is required.  To the extent a response is required, Rite Aid denies any allegations against it.

974.    The foregoing paragraphs are incorporated herein as if set forth in their entirety.

975.    The allegations of Paragraph No. 975 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 975 and therefore denies the allegations.

976.    The allegations of Paragraph No. 976 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 976 and therefore denies the allegations.

977.    The allegations of Paragraph No. 977 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 977 and therefore denies the allegations.

978.    The allegations of Paragraph No. 978 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 978 and therefore denies the allegations.

979.    The allegations of Paragraph No. 979 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 979 and therefore denies the allegations.

980.    The allegations of Paragraph No. 980 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 980 and therefore denies the allegations.

981.    The allegations of Paragraph No. 981 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 981 and therefore denies the allegations.

982.    The allegations of Paragraph No. 982 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 982 and therefore denies the allegations.

983.     The allegations of Paragraph No. 983 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 983 and therefore denies the allegations.

984.     The allegations of Paragraph No. 984 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 984 and therefore denies the allegations.

985.     The allegations of Paragraph No. 985 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 985 and therefore denies the allegations.

986.     The allegations of Paragraph No. 986 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 986 and therefore denies the allegations.

987.     The allegations of Paragraph No. 987 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 987 and therefore denies the allegations.

988.    The allegations of Paragraph No. 988 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 988 and therefore denies the allegations.

989.    The allegations of Paragraph No. 989 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 989 and therefore denies the allegations.

990.    The allegations of Paragraph No. 990 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 990 and therefore denies the allegations.

991.    The allegations of Paragraph No. 991 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 991 and therefore denies the allegations.

992.     The allegations of Paragraph No. 992 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 992 and therefore denies the allegations.

993.     The allegations of Paragraph No. 993 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 993 and therefore denies the allegations.

994.     The allegations of Paragraph No. 994 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 994 and therefore denies the allegations.

995.     The allegations of Paragraph No. 995 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 995 and therefore denies the allegations.

996.     The allegations of Paragraph No. 996 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 996 and therefore denies the allegations.

997.    The foregoing paragraphs are incorporated herein as if set forth in their entirety.

998.    The allegations of Paragraph No. 998 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 998 and therefore denies the allegations.

999.    The allegations of Paragraph No. 999 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 999 and therefore denies the allegations.

1000.   The allegations of Paragraph No. 1000 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1000 and therefore denies the allegations.

1001.   The allegations of Paragraph No. 1001 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1001 and therefore denies the allegations.

1002.   The allegations of Paragraph No. 1002 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1002 and therefore denies the allegations.

1003.   The allegations of Paragraph No. 1003 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1003 and therefore denies the allegations.

1004.   The allegations of Paragraph No. 1004 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1004 and therefore denies the allegations.

1005.   The allegations of Paragraph No. 1005 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1005 and therefore denies the allegations.

1006.   The allegations of Paragraph No. 1006 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 1006 and therefore denies the allegations.

1007.   The allegations of Paragraph No. 1007 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1007 and therefore denies the allegations.

1008.   The allegations of Paragraph No. 1008 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1008 and therefore denies the allegations.

1009.   The allegations of Paragraph No. 1009 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1009 and therefore denies the allegations.

1010.   The allegations of Paragraph No. 1010 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1010 and therefore denies the allegations.

1011.   The allegations of Paragraph No. 1011 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1011 and therefore denies the allegations.

1012.   The allegations of Paragraph No. 1012 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1012 and therefore denies the allegations.

1013.   The allegations of Paragraph No. 1013 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1013 and therefore denies the allegations.

1014.   The allegations of Paragraph No. 1014 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1014 and therefore denies the allegations.

1015.   The allegations of Paragraph No. 1015 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 1015 and therefore denies the allegations.

1016.   The allegations of Paragraph No. 1016 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1016 and therefore denies the allegations.

1017.   The allegations of Paragraph No. 1017 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1017 and therefore denies the allegations.

1018.   The allegations of Paragraph No. 1018 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1018 and therefore denies the allegations.

1019.   The allegations of Paragraph No. 1019 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1019 and therefore denies the allegations.

1020.   The allegations of Paragraph No. 1020 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1020 and therefore denies the allegations.

1021.   The allegations of Paragraph No. 1021 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1021 and therefore denies the allegations.

1022.   The allegations of Paragraph No. 1022 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1022 and therefore denies the allegations.

1023.   The allegations of Paragraph No. 1023 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1023 and therefore denies the allegations.

1024.   The allegations of Paragraph No. 1024 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 1024 and therefore denies the allegations.

1025.   The allegations of Paragraph No. 1025 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1025 and therefore denies the allegations.

1026.   The allegations of Paragraph No. 1026 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1026 and therefore denies the allegations.

1027.   The allegations of Paragraph No. 1027 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1027 and therefore denies the allegations.

1028.   The allegations of Paragraph No. 1028 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1028 and therefore denies the allegations.

1029.   The allegations of Paragraph No. 1029 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1029 and therefore denies the allegations.

1030.   The allegations of Paragraph No. 1030 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1030 and therefore denies the allegations.

1031.   The allegations of Paragraph No. 1031 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1031 and therefore denies the allegations.

1032.   The allegations of Paragraph No. 1032 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1032 and therefore denies the allegations.

1033.   The allegations of Paragraph No. 1033 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 1033 and therefore denies the allegations.

1034.   The allegations of Paragraph No. 1034 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1034 and therefore denies the allegations.

1035.   The allegations of Paragraph No. 1035 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1035 and therefore denies the allegations.

1036.   The allegations of Paragraph No. 1036 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1036 and therefore denies the allegations.

1037.   The allegations of Paragraph No. 1037 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1037 and therefore denies the allegations.

1038.   The allegations of Paragraph No. 1038 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1038 and therefore denies the allegations.

1039.   The foregoing paragraphs are incorporated herein as if set forth in their entirety.

1040.   The allegations of Paragraph No. 1040 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1040 and therefore denies the allegations.

1041.   The allegations of Paragraph No. 1041 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1041 and therefore denies the allegations.

1042.   The allegations of Paragraph No. 1042 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1042 and therefore denies the allegations.

1043.   The allegations of Paragraph No. 1043 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent

these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1043 and therefore denies the allegations.

1044.   The allegations of Paragraph No. 1044 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1044 and therefore denies the allegations.

1045.   The allegations of Paragraph No. 1045 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1045 and therefore denies the allegations.

1046.   The allegations of Paragraph No. 1046 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1046 and therefore denies the allegations.

1047.   The allegations of Paragraph No. 1047 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1047 and therefore denies the allegations.

1048.   The allegations of Paragraph No. 1048 are conclusions of law to which no response is required.  To the extent the allegations in this paragraph are based on statutes or regulations, the legal authorities speak for themselves and any interpretation or characterization of them are denied.

1049.   The allegations of Paragraph No. 1049 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1049 and therefore denies the allegations.

1050.   The allegations of Paragraph No. 1050 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1050 and therefore denies the allegations.

1051.   The allegations of Paragraph No. 1051 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1051 and therefore denies the allegations.

1052.   The allegations of Paragraph No. 1052 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1052 and therefore denies the allegations.

1053.   The allegations of Paragraph No. 1053 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1053 and therefore denies the allegations.

1054.   The allegations of Paragraph No. 1054 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1054 and therefore denies the allegations.

1055.   The allegations of Paragraph No. 1055 are conclusions of law to which no response is required. To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1055 and therefore denies the allegations.

1056.   The allegations of Paragraph No. 1056 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1056 and therefore denies the allegations.

1057.   The allegations of Paragraph No. 1057 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 1057 and therefore denies the allegations.

1058.   The allegations of Paragraph No. 1058 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1058 and therefore denies the allegations.

1059.   The allegations of Paragraph No. 1059 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1059 and therefore denies the allegations.

1060.   The allegations of Paragraph No. 1060 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1060 and therefore denies the allegations.

1061.   The allegations of Paragraph No. 1061 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1061 and therefore denies the allegations.

1062.   The allegations of Paragraph No. 1062 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1062 and therefore denies the allegations.

1063.   The allegations of Paragraph No. 1063 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1063 and therefore denies the allegations.

1064.   The allegations of Paragraph No. 1064 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1064 and therefore denies the allegations.

1065.   The allegations of Paragraph No. 1065 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1065 and therefore denies the allegations.

1066.   The allegations of Paragraph No. 1066 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 1066 and therefore denies the allegations.

1067.   The allegations of Paragraph No. 1067 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1067 and therefore denies the allegations.

1068.   The allegations of Paragraph No. 1068 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1068 and therefore denies the allegations.

1069.   The allegations of Paragraph No. 1069 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1069 and therefore denies the allegations.

1070.   The allegations of Paragraph No. 1070 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1070 and therefore denies the allegations.

1071.   The allegations of Paragraph No. 1071 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1071 and therefore denies the allegations.

1072.   The foregoing paragraphs are incorporated herein as if set forth in their entirety.

1073.   The allegations of Paragraph No. 1073 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1073 and therefore denies the allegations.

1074.   The allegations of Paragraph No. 1074 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1074 and therefore denies the allegations.

1075.   The allegations of Paragraph No. 1075 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1075 and therefore denies the allegations.

1076.   The allegations of Paragraph No. 1076 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent

these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1076 and therefore denies the allegations.

1077.   The allegations of Paragraph No. 1077 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1077 and therefore denies the allegations.

1078.   The allegations of Paragraph No. 1078 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1078 and therefore denies the allegations.

1079.   The allegations of Paragraph No. 1079 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1079 and therefore denies the allegations.

1080.   The allegations of Paragraph No. 1080 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1080 and therefore denies the allegations.

1081.   The allegations of Paragraph No. 1081 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1081 and therefore denies the allegations.

1082.   The allegations of Paragraph No. 1082 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1082 and therefore denies the allegations.

1083.   The allegations of Paragraph No. 1083 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1083 and therefore denies the allegations.

1084.   The allegations of Paragraph No. 1084 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1084 and therefore denies the allegations.

1085.   The allegations of Paragraph No. 1085 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 1085 and therefore denies the allegations.

1086.   The allegations of Paragraph No. 1086 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1086 and therefore denies the allegations.

1087.   The allegations of Paragraph No. 1087 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1087 and therefore denies the allegations.

1088.   The allegations of Paragraph No. 1088 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1088 and therefore denies the allegations.

1089.   The allegations of Paragraph No. 1089 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1089 and therefore denies the allegations.

1090.   The foregoing paragraphs are incorporated herein as if set forth in their entirety.

1091.   The allegations of Paragraph No. 1091 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1091 and therefore denies the allegations.

1092.   The allegations of Paragraph No. 1092 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1092 and therefore denies the allegations.

1093.   The allegations of Paragraph No. 1093 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1093 and therefore denies the allegations.

1094.   The allegations of Paragraph No. 1094 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1094 and therefore denies the allegations.

1095.   The allegations of Paragraph No. 1095 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 1095 and therefore denies the allegations.

1096.   The allegations of Paragraph No. 1096 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1096 and therefore denies the allegations.

1097.   The allegations of Paragraph No. 1097 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1097 and therefore denies the allegations.

1098.   The allegations of Paragraph No. 1098 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1098 and therefore denies the allegations.

1099.   The allegations of Paragraph No. 1099 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1099 and therefore denies the allegations.

1100.   The allegations of Paragraph No. 1100 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1100 and therefore denies the allegations.

1101.   The allegations of Paragraph No. 1101 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1101 and therefore denies the allegations.

1102.   The allegations of Paragraph No. 1102 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1102 and therefore denies the allegations.

1103.   The allegations of Paragraph No. 1103 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1103 and therefore denies the allegations.

1104.   The allegations of Paragraph No. 1104 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 1104 and therefore denies the allegations.

1105.   The allegations of Paragraph No. 1105 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1105 and therefore denies the allegations.

1106.   The allegations of Paragraph No. 1106 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1106 and therefore denies the allegations.

1107.   The allegations of Paragraph No. 1107 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1107 and therefore denies the allegations.

1108.   The foregoing paragraphs are incorporated herein as if set forth in their entirety.

1109.   The allegations of Paragraph No. 1109 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1109 and therefore denies the allegations.

1110.   The allegations of Paragraph No. 1110 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1110 and therefore denies the allegations.

1111.   The allegations of Paragraph No. 1111 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1111 and therefore denies the allegations.

1112.   Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1112 and therefore denies the allegations.

1113.   Rite Aid denies the allegations of Paragraph No. 1113.  To the extent Paragraph No. 1113 is directed to the conduct of other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1113 and therefore denies the allegations.

1114.   The allegations of Paragraph No. 1114 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1114 and therefore denies the allegations.

1115.   The allegations of Paragraph No. 1115 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent

these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1115 and therefore denies the allegations.

1116.   The allegations of Paragraph No. 1116 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1116 and therefore denies the allegations.

1117.   The allegations of Paragraph No. 1117 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1117 and therefore denies the allegations.

1118.   The allegations of Paragraph No. 1118 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1118 and therefore denies the allegations.

1119.   The allegations of Paragraph No. 1119 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1119 and therefore denies the allegations.

1120.   The allegations of Paragraph No. 1120 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1120 and therefore denies the allegations.

1121.   The allegations of Paragraph No. 1121 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1121 and therefore denies the allegations.

1122.   The foregoing paragraphs are incorporated herein as if set forth in their entirety.

1123.   The allegations of Paragraph No. 1123 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 11023 and therefore denies the allegations.

1124.   The allegations of Paragraph No. 1124 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1124 and therefore denies the allegations.

1125.   The allegations of Paragraph No. 1125 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent

these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1125 and therefore denies the allegations.

1126.   The allegations of Paragraph No. 1126 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1126 and therefore denies the allegations.

1127.   The allegations of Paragraph No. 1127 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1127 and therefore denies the allegations.

1128.   The allegations of Paragraph No. 1128 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1128 and therefore denies the allegations.

1129.   The allegations of Paragraph No. 1129 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1129 and therefore denies the allegations.

1130.   The allegations of Paragraph No. 1130 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1130 and therefore denies the allegations.

1131.   The allegations of Paragraph No. 1131 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1131 and therefore denies the allegations.

1132.   The allegations of Paragraph No. 1132 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1132 and therefore denies the allegations.

1133.   The allegations of Paragraph No. 1133 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1133 and therefore denies the allegations.

1134.   The allegations of Paragraph No. 1134 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient

to form a belief as to the truth of the allegations in Paragraph No. 1134 and therefore denies the allegations.

1135.   The allegations of Paragraph No. 1135 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1135 and therefore denies the allegations.

1136.   The allegations of Paragraph No. 1136 are conclusions of law to which no response is required.  To the extent a response is required, Rite Aid denies the allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1136 and therefore denies the allegations.

**PRAYER FOR RELIEF**

1137.   Rite Aid denies that Plaintiffs are entitled to any relief set forth in its Complaint.

**GENERAL DENIAL**

Rite Aid denies all allegations not specifically admitted in this Answer.

**RESERVATION OF RIGHTS**

Rite Aid reserves the right to amend its Answer to the Complaint, and to raise additional defenses as may be discovered during the course of this litigation and its continuing factual investigation.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE

To the extent they are not otherwise incorporated herein, Defendant incorporates all the defenses and arguments raised in the motions to dismiss of the Manufacturer Defendants, Distributor Defendants, and Pharmacy Defendants in this case.

### SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitation or repose.

### THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

### FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, for lack of standing.

### FIFTH DEFENSE

Plaintiffs' claims are barred by the voluntary payment doctrine.

### SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack capacity to assert their claims, including claims indirectly maintained on behalf of their citizens and claims brought as *parens patriae*.

### SEVENTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs are not the real party in interest.

### EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of acquiescence, settlement, or release.

## NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because they are not ripe or have become moot.

## TENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by common law, statutory, and state constitutional constraints on the exercise of police powers by a municipality.

## ELEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the political question and separation of powers doctrines and because their claims implicate issues of statewide importance that are reserved for state regulation.

## TWELFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of unclean hands and *in pari delicto*.

## THIRTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, for failure to exhaust administrative remedies.

## FOURTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of estoppel and waiver.

## FIFTEENTH DEFENSE

Defendant is entitled to, and claims the benefit of, all defenses and presumptions set forth in or arising from any rule of law or statute of this State or any other state whose substantive law might control the action.

## SIXTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the learned intermediary doctrine.

**SEVENTEENTH DEFENSE**

Plaintiffs have failed to join all necessary parties, including without limitation health care providers, prescribers, patients, and other third parties whom Plaintiffs allege engaged in the unauthorized or illicit prescription, dispensing, diversion, or use of prescription opioid products.

**EIGHTEENTH DEFENSE**

Plaintiffs' claims against Defendant do not arise out of the same transactions or occurrences as their claims against other defendants, as required for joinder of parties.

**NINETEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent that they relate to Defendant's alleged speech, petitioning, or associational activities protected by the First Amendment to the Constitution of the United States or by the Constitution of the State of Ohio.

**TWENTIETH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the Due Process or Ex Post Facto clauses of the Constitution of the United States or the Constitution of the State or Ohio.

**TWENTY-FIRST DEFENSE**

Defendant's rights under the Due Process Clause of the United States Constitution and Constitution of the State of Ohio are violated by any financial or other arrangement that might distort a government attorney's duty to pursue justice rather than his or her personal interests, financial or otherwise, in the context of a civil enforcement proceeding, including by Plaintiffs' use of a contingency fee contract with private counsel.

**TWENTY-SECOND DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because they violate the dormant Commerce Clause of the United States Constitution.

## **TWENTY-THIRD DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Defendant did not proximately cause the damages complained of, including because the acts of other persons (including individuals engaged in the illegal distribution or use of opioids without a proper prescription) intervened between Defendant's alleged acts and Plaintiffs' alleged harms and constitute superseding causes that would extinguish any liability; because any injuries or damages sustained by Plaintiffs were caused or contributed to by the negligence or actual conduct of Plaintiffs and other persons, firms, corporations, or entities over whom Defendant had no control or right of control and for whom it is not responsible; because any injuries or damages sustained by Plaintiffs were caused by unforeseeable and uncontrollable circumstances or other forces over which Defendant had no control and for which Defendant is not responsible, including pre-existing medical conditions; because any injuries or damages sustained by Plaintiffs were caused by misuse of products, failure to use products properly, or alteration of prescription medications by third parties over whom Defendants had no control and for whom Defendants are not responsible.

## **TWENTY-FOURTH DEFENSE**

The claims asserted in the Complaint are barred, in whole or in part, by the Restatement (Second) of Torts § 402A, Comments j and k, and Restatement (Third) of Torts: Products Liability § 6.

## **TWENTY-FIFTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the derivative injury rule and the remoteness doctrine bar Plaintiffs from recovering payments that it allegedly made on behalf its residents to reimburse any expenses for health care, pharmaceutical care, and other public services.

## TWENTY-SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendant has valid defenses which bar recovery by those persons on whose behalf Plaintiffs purportedly seek recovery. Plaintiffs' claims are subject to all defenses that could be asserted if Plaintiffs' claims were properly made by individuals on whose behalf or for whose alleged damages Plaintiffs seek to recover.

## TWENTY-SEVENTH DEFENSE

Plaintiffs have failed to comply with the requirement that they identify each patient in whose claim(s) they have a subrogation interest and on whose behalf they have incurred costs.

## TWENTY-EIGHTH DEFENSE

Plaintiffs fail to plead that they reimbursed any prescriptions for any opioid distributed by Defendant that harmed patients and should not have been written and fail to plead that Defendant's allegedly improper conduct caused any health care provider to write any ineffective or harmful opioid prescriptions.

## TWENTY-NINTH DEFENSE

Plaintiffs' claims seeking equitable relief are barred because Plaintiffs have an adequate remedy at law.

## THIRTIETH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the principle of comparative or contributory fault.

## THIRTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the principles of assumption of the risk and informed consent.

### THIRTY-SECOND DEFENSE

Defendant asserts its right to a proportionate reduction of any damages found against Defendant based on the negligence or other conduct of any settling tortfeasor, responsible third party, or Plaintiffs.

### THIRTY-THIRD DEFENSE

A specific percentage of the tortious conduct that proximately caused the alleged injury or loss to person or property is attributable to (i) each Plaintiff, (ii) other parties from whom Plaintiffs seek recovery, and (iii) persons from whom Plaintiffs do not seek recovery in this action, including, but not limited to, prescribing practitioners; individuals and entities involved in unauthorized or illicit prescription, dispensing, diversion, or use of prescription opioids; individuals and entities involved in importation, distribution, sale, or use of illegal opioids; individuals involved in procuring diverted prescription opioids or illegal drugs; delivery services; and federal, state, and local government entities.  Ohio Revised Code § 2307.23.

### THIRTY-FOURTH DEFENSE

Any verdict or judgment that might be recovered by Plaintiffs must be reduced by those amounts that have already indemnified or with reasonable certainty will indemnify Plaintiffs in whole or in part for any past or future claimed economic loss from any collateral source or any other applicable law.

### THIRTY-FIFTH DEFENSE

If Defendant is found liable for Plaintiffs' alleged injuries and losses, the facts will show that Defendant caused fifty percent or less of the conduct that proximately caused such injuries or loss and is liable only for its proportionate share of the damages that represent economic loss.  *See* Ohio Revised Code §§ 2307.22-.23.  Any recovery by Plaintiffs must be reduced pursuant to Ohio Rev. Code §§ 2315.32-35 and 2307.23 to account for the acts or omissions attributable to Plaintiffs.

### THIRTY-SIXTH DEFENSE

The damages which Plaintiffs may be entitled to recover if liability is established are capped pursuant to Ohio Revised Code §§ 2315.18 and 2315.21.

### THIRTY-SEVENTH DEFENSE

Any damages that Plaintiffs may recover against Defendant must be reduced to the extent that Plaintiffs are seeking damages for alleged injuries or expenses related to the same user(s) of the subject prescription medications, or damages recovered or recoverable by other actual or potential plaintiffs.  Any damages that Plaintiffs may recover against Defendant must be reduced to the extent they unjustly enrich Plaintiffs.

### THIRTY-EIGHTH DEFENSE

To the extent that Plaintiffs are alleging fraud, fraudulent concealment, or similar conduct, Plaintiffs have failed to plead fraud with sufficient particularity.

### THIRTY-NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the economic loss rule.

### FORTIETH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the free public services doctrine and by the municipal cost recovery doctrine.

### FORTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, by their failure to mitigate damages. Plaintiffs may have failed or refused to exercise reasonable care and diligence to avoid loss and minimize damages and, therefore, may not recover for losses that could have been prevented by reasonable efforts on its part, or by expenditures which might reasonably have been made.

### FORTY-SECOND DEFENSE

Plaintiffs' claims for public nuisance are barred, in whole or in part, because the alleged public nuisance would have impermissible extraterritorial reach and because the alleged conduct of Defendant is too remote from the alleged injury as a matter of law and due process.

### FORTY-THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, because federal agencies have exclusive or primary jurisdiction over the matters asserted in the Complaint.

### FORTY-FOURTH DEFENSE

Plaintiffs' claims are preempted by federal law, including (without limitation) the federal Controlled Substances Act and the Food, Drug, and Cosmetic Act (FDCA); and conflict with the Drug Enforcement Administration's regulatory authority.  Plaintiffs' claims are barred, in whole or in part, by conflict preemption as set forth in the United States Supreme Court's decisions in *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567 (2011), and *Mutual Pharm. Co. v. Bartlett*, 133 S. Ct. 2466 (2013).  Plaintiffs' claims are preempted insofar as they conflict with Congress's purposes and objectives in enacting relevant federal legislation and authorizing regulations, including the Hatch-Waxman Amendments to the FDCA and implementing regulations.  *See Geier v. Am. Honda Co.*, 529 U.S. 861 (2000).

### FORTY-FIFTH DEFENSE

The activities of Defendant alleged in the Complaint conformed with all state and federal statutes, regulations, and industry standards based on the state of knowledge at the relevant times alleged in the Complaint.

## FORTY-SIXTH DEFENSE

To the extent Plaintiffs assert claims that depend solely on violations of federal law, such claims are barred and should be dismissed.  *See Buckman v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001).

## FORTY-SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the deference that common law accords discretionary actions by the FDA under the FDCA and discretionary actions by the DEA under the Controlled Substances Act.  Defendant passed all audits conducted by the DEA.

## FORTY-EIGHTH DEFENSE

Plaintiffs' claims for nuisance are barred, in whole or in part, because they lack the statutory authority to bring a nuisance claim under Ohio law or their own applicable county or municipal codes or regulations.

## FORTY-NINTH DEFENSE

To the extent that Plaintiffs rely on letters or other informal guidance from the DEA to establish Defendant's regulatory duties, such informal guidance cannot enlarge Defendant's regulatory duties in the absence of compliance by DEA with the requirements by the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*

## FIFTIETH DEFENSE

Plaintiffs' common law and statutory public nuisance claims are barred, in whole or in part, because of abrogation by the Ohio Products Liability Act.

## FIFTY-FIRST DEFENSE

Plaintiffs' claims are barred, reduced, or limited pursuant to the applicable Ohio statutory and common law regarding limitations of awards, caps on recovery, and setoffs.

## FIFTY-SECOND DEFENSE

Plaintiffs' claims are barred, reduced, and/or limited to the extent that Defendant is entitled to a credit or setoff for any and all sums Plaintiffs has received in the way of any and all settlements.

## FIFTY-THIRD DEFENSE

Defendant's liability, if any, will not result from their conduct but is solely the result of an obligation imposed by law, and thus Defendant is entitled to complete indemnity, express or implied, by other parties.

## FIFTY-FOURTH DEFENSE

Plaintiffs' claims for punitive or exemplary damages or other civil penalties are barred, in whole or in part, by the due process protections afforded by the United States Constitution, the Excessive Fines Clause of the Eighth Amendment of the United States Constitution, the Full Faith and Credit Clause of the United States Constitution, and applicable provisions of the Constitution of this State or that of any other state whose laws may apply.  Any law, statute or other authority purporting to permit the recovery of punitive damages or civil penalties in this case is unconstitutional, facially and as applied, to the extent that, without limitation, it: (1) lacks constitutionally sufficient standards to guide and restrain the jury's discretion in determining whether to award punitive damages or civil penalties and/or the amount, if any; (2) is void for vagueness in that it fails to provide adequate advance notice as to what conduct will result in punitive damages or civil penalties; (3) unconstitutionally may permit recovery of punitive damages or civil penalties based on harms to third parties, out-of-state conduct, conduct that complied with applicable law, or conduct that was not directed, or did not proximately cause harm, to Plaintiffs; (4) unconstitutionally may permit recovery of punitive damages or civil penalties in an amount that is not both reasonable and proportionate to the amount of harm, if any, to Plaintiffs and to the amount of compensatory damages, if any; (5) unconstitutionally may permit jury

consideration of net worth or other financial information relating to Defendants; (6) lacks constitutionally sufficient standards to be applied by the trial court in post-verdict review of any award of punitive damages or civil penalties; (7) lacks constitutionally sufficient standards for appellate review of any award of punitive damages or civil penalties; (8) would unconstitutionally impose a penalty, criminal in nature, without according to Defendants the same procedural protections that are accorded to criminal defendants under the constitutions of the United States, this State, and any other state whose laws may apply; and (9) otherwise fails to satisfy Supreme Court precedent, including, without limitation, *Pacific Mut. Life Ins. Co. v. Haslip*, 499 U.S. 1 (1991); *TXO Production Corp. v. Alliance Resources, Inc.*, 509 U.S. 443 (1993); *BMW of N. Am. v. Gore*, 517 U.S. 559 (1996); *State Farm Ins. Co. v. Campbell*, 538 U.S. 408 (2003); and *Philip Morris USA v. Williams*, 549 U.S. 346 (2007).

## FIFTY-FIFTH DEFENSE

To the extent that Plaintiffs seek punitive, exemplary, or aggravated damages, any such damages are barred because the product at issue, and its labeling, were subject to and received pre-market approval by the FDA under 52 Stat. 1040, 21 U.S.C. § 301.

## FIFTY-SIXTH DEFENSE

Defendant adopts by reference any additional applicable defense pled by any other defendant not otherwise pled herein.

WHEREFORE, Defendant Rite Aid respectfully requests that the claims alleged in the Complaint be dismissed in its entirety with prejudice, and that Rite Aid be awarded its costs of defense, including reasonable attorneys' fees.

Dated:  January 15, 2019                        Respectfully submitted,

                                                */s/ Kelly A. Moore*_____
                                                Kelly A. Moore
                                                kelly.moore@morganlewis.com
                                                Morgan, Lewis & Bockius LLP
                                                101 Park Avenue
                                                New York, NY 10178-0060
                                                T: 212-309-6612
                                                F: 212-309-6001


                                                Elisa P. McEnroe
                                                elisa.mcenroe@morganlewis.com
                                                Morgan, Lewis & Bockius LLP
                                                1701 Market Street
                                                Philadelphia, PA 19103-2921
                                                T: 215-963-5917
                                                F: 215-963-5001

                                                *Counsel for Rite Aid of Maryland, Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on January 15, 2019, the foregoing was electronically filed using the Court's

CM/ECF system, and all counsel of record were served by operation of that system.


<u>/s/ Kelly A. Moore</u>
Kelly A. Moore